# CERTIFICATION

Iron Workers Local 401 Annuity Fund ("Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Plaintiff's Class Period purchase and sale transactions in the Humana Inc. securities that are the subject of this action are attached in Schedule A.

4. Plaintiff has full power and authority to bring suit to recover for the investment losses listed in the attached Schedule A.

5. Plaintiff has fully reviewed the Class Action Complaint for Violations of the Federal Securities Laws and authorizes its filing.

6. I, Kevin C. Boyle, Financial Secretary-Treasurer of Iron Workers Local 401 Annuity Fund, am authorized to make legal decisions, and execute this certification, on Plaintiff's behalf.

7. Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8. Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9. Plaintiff has neither served nor sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

10. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __30__ day of May 2024.

                                                    **Iron Workers Local 401 Annuity Fund**

                                            By: _____
                                                    Kevin C. Boyle
                                                    *Financial Secretary-Treasurer*

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 11/14/2022 | 726 | $532.58 |
| Common Stock | Buy | 7/21/2023 | 746 | $452.72 |
| Common Stock | Buy | 8/10/2023 | 341 | $496.37 |
| Common Stock | Buy | 10/5/2023 | 49 | $488.46 |
| Common Stock | Buy | 10/18/2023 | 124 | $523.01 |
| Common Stock | Buy | 1/19/2024 | 177 | $405.19 |
| Common Stock | Sell | 1/31/2023 | 726 | $508.59 |
| Common Stock | Sell | 8/2/2023 | 75 | $487.24 |
| Common Stock | Sell | 12/6/2023 | 210 | $487.20 |
| Common Stock | Sell | 12/20/2023 | 213 | $451.87 |