## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IRON WORKERS LOCAL 401 ANNUITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND,<br><br>        Defendants. | Case No. 1:24-cv-00655-JLH |
| MANOJ MARATHE, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND,<br><br>        Defendants. | Case No. 1:24-cv-00898-UNA |

**[PROPOSED] ORDER**

Having considered the Motion of Sam Handler for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.     The Motion is GRANTED;

2.     The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Humana Inc. Securities Litigation*, Lead C.A. No. 1:24-cv-00655-JLH;

3.     The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Sam Handler as Lead Plaintiff; and

4.     Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel and Phillips, McLaughlin & Hall, P.A. as Liaison Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2024          _____
                                            HON. JENNIFER L. HALL
                                            UNITED STATES DISTRICT JUDGE

1