## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IRON WORKERS LOCAL 401 ANNUITY FUND,
Individually and on Behalf of All Others Similarly
Situated,

Plaintiff,

v.

HUMANA INC., BRUCE D. BROUSSARD, and
SUSAN M. DIAMOND,

Defendants.

Case No. 1:24-cv-00655-JLH

### STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

All parties agree and stipulate to the following matters:

WHEREAS on June 3, 2024, Plaintiff Iron Workers Local 401 Annuity Fund ("Plaintiff") filed this putative class action asserting claims arising under the Securities Exchange Act of 1934, and which is governed by provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4;

WHEREAS the PSLRA provides for, among other things, the appointment of a lead plaintiff and lead counsel after the expiration of a sixty-day period following publication of a notice of the filing of an initial securities class action;

WHEREAS counsel for Plaintiff published a notice of the pendency of this action on June 3, 2024, and the deadline for members of the purported class to file motions to be named as lead plaintiff is August 2, 2024;

WHEREAS the PSLRA empowers the Court-appointed lead plaintiff to control the litigation as a whole, including filing the operative complaint; and

WHEREAS, the parties agree it would be most efficient to await the appointment of lead plaintiff and lead counsel and for the lead plaintiff to file the operative complaint before Defendants are required to file an answer or otherwise respond;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court:

1. Defendants accept service of the existing complaint (Dkt. 1) and expressly reserve all of their objections and defenses except as to the sufficiency of service.

2. Defendants need not answer or otherwise respond to the existing complaint, and may defer any answer or other response until after (i) an order is entered by the Court appointing a lead plaintiff and approving lead plaintiff's selection of lead counsel pursuant to the PSLRA and (ii) a scheduling order is entered setting forth the timing for the filing of a complaint by the lead plaintiff and Defendants' response to that complaint.

3. Within 14 days after a lead plaintiff has been appointed and lead counsel has been approved by the Court in accordance with the PSLRA, counsel for Defendants and lead counsel shall meet and confer on, and thereafter shall submit, a proposed schedule for the filing of a complaint by the lead plaintiff and Defendants' response to that complaint.

Dated: June 14, 2024

| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|
| */s/ Gregory V. Varallo* | */s/ Kevin M. Coen* |
| Gregory V. Varallo (DE Bar ID #2242) | Kevin M. Coen (DE Bar ID #4775) |
| 500 Delaware Avenue, Suite 901 | 1201 North Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19899-1347 |
| Telephone: (302) 364-3600 | Telephone: (302) 658-9200 |
| greg.varallo@blbglaw.com | kcoen@morrisnichols.com |

2

| | |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| OF COUNSEL: | OF COUNSEL: |
| **KESSLER TOPAZ MELTZER & CHECK, LLP** | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP** |
| Naumon A. Amjed (DE Bar ID #4481)<br>Ryan T. Degnan<br>Jonathan Z. Naji<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>namjed@ktmc.com<br>rdegnan@ktmc.com<br>jnaji@ktmc.com | Peter L. Simmons (*pro hac vice* application to be filed)<br>Samuel P. Groner (*pro hac vice* application to be filed)<br>New York, NY 10004<br>Telephone: (212) 859-8000<br>peter.simmons@friedfrank.com<br>samuel.groner@friedfrank.com |

SO ORDERED this 17th day of June, 2024

_____
Hon. Jennifer L. Hall
United States District Judge

3