# Exhibit 3

**Humana Inc. Loss Chart**
**Class Period: July 27, 2022 through January 24, 2024**

**Lookback Price**  $346.80

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Manoj Marathe** | 1/19/2024 | Assigned 1900 Shares | ($450.00) | ($855,000.00) | 1/11/2024 | Sold to Open 25 HUM Jan 19 2024 450 Put | $4.90 | $12,250.00 | | | |
| | 1/22/2024 | Assigned 600 Shares | ($450.00) | ($270,000.00) | | | | | | | |
| | | **2500** | | **($1,125,000.00)** | | | | $12,250.00 | 2500 | $866,993.15 | **($245,756.85)** |