**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IRON WORKERS LOCAL 401 ANNUITY FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND,<br><br>Defendants. | C.A. No.: 24-cv-655-JLH<br><br><br>**CLASS ACTION** |
| MANOJ MARATHE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND,<br><br>Defendants. | C.A. No. 24-cv-898-UNA<br><br>**CLASS ACTION** |

**MOTION OF MANOJ MARATHE FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL**

Plaintiff Manoj Marathe ("Movant"), pursuant to Section 21D of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), hereby moves this Court, the Honorable Jennifer Hall, United States District Judge, for an order:

(a)      consolidating the related actions;

(b)      appointing Movant as Lead Plaintiff; and

(c)      approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Farnan LLP as Liaison Counsel for the litigation.

In support of this Motion, Movant submits herewith a Memorandum of Law, the Declaration of Brian E. Farnan, and a Proposed Order.

Dated: August 2, 2024

Respectfully submitted,

**FARNAN LLP**

By: _/s/ Brian E. Farnan_
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

_[Proposed] Liaison Counsel for_
_Plaintiff and the Class_

Laurence Rosen, Esq.
Phillip Kim, Esq.
**THE ROSEN LAW FIRM, P.A**.
275 Madison Avenue, 40th Floor
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenelgal.com

_[Proposed] Lead Counsel for_
_Plaintiff and the Class_

3