## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IRON WORKERS LOCAL 401 ANNUITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00655-JLH<br><br>**CLASS ACTION** |
| MANOJ MARATHE, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　v.<br><br>Humana Inc., Bruce D. Broussard, And Susan M. Diamond,<br><br>　　Defendants. | Case No. 1:24-cv-00898-UNA<br><br>**CLASS ACTION** |

**DECLARATION OF ANDREW BLUMBERG IN SUPPORT OF THE MOTION OF SEB INVESTMENT MANAGEMENT AB FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Andrew Blumberg, declare as follows:

1. I am a member in good standing of the bar of the State of Delaware, and I am admitted to practice before this Court. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP. I submit this Declaration in support of the Motion of SEB Investment Management AB for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Sworn Certification of SEB Investment Management AB pursuant to the Private Securities Litigation Reform Act of 1995, and related assignment of claims;

Exhibit B: Chart of SEB Investment Management AB's transactions and losses in Humana Inc. common stock during the Class Period;

Exhibit C: Notice of pendency of *Iron Workers Local 401 Annuity Fund v. Humana Inc., et al.*, No. 1:24-cv-00655-JLH (D. Del.), published on June 3, 2024, in *Business Wire*; and

Exhibit D: Firm Profile of Kessler Topaz Meltzer & Check, LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of August 2024.

Andrew Blumberg (DE Bar ID #6744)

1