# EXHIBIT A

# CERTIFICATION

SEB Investment Management AB ("SEB Investment Management" or "Plaintiff"), on behalf of the Funds listed in the attached Schedule A, declares, as to the claims asserted under the federal securities laws, that:

1.    Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.    Plaintiff's Class Period purchase and sale transactions in the Humana Inc. securities that are the subject of this action are attached in Schedule A.

4.    SEB Investment Management has full power and authority to bring suit to recover for its investment losses.[1]

5.    Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action and has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6.    I, Caroline Rifall, Head of Legal, am authorized to make legal decisions, and execute this certification, on behalf of SEB Investment Management.

7.    Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8.    Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious

---

[1]    As the fund company for SEB Dynamisk Aktiefond, SEB Fund 3 - SEB Global Exposure Fund, SEB Fund 3 - SEB Pension Fund, SEB Fund 3 - SEB Pension Fund Extra, SEB Fund 3 - SEB Pension Fund Plus, SEB Fund 3 - SEB US Exposure Fund, SEB Global Aktiefond, SEB Global Equal Opportunity Fund, SEB Stiftelsefond Utland, SEB Världenfond (the "SEB Investment Management Funds"), which are not legal entities, SEB Investment Management is required to represent the SEB Investment Management Funds in all legal and financial matters.  The SEB Investment Management Funds cannot be represented in legal action(s) by any entity other than SEB Investment Management.  SEB Investment Management has received an assignment of claims from Gamla Livförsäkringsaktiebolaget SEB Trygg Liv ("Gamla Liv").

judgment is obtained.

9.      Plaintiff is currently serving as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *Ardalan v. Wells Fargo & Company*, No. 3:22-cv-03811 (N.D. Cal.) and *City of Warwick Retirement System v. Catalent, Inc.*, No. 3:23-cv-01108 (D.N.J.).

10.     Plaintiff has sought to serve and was not appointed as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *The Trustees of the Welfare and Pension Funds of Local 464A – Pension Fund v. Medtronic plc*, No. 0:22-cv-02197 (D. Minn.).

11.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this __30th__ day of July 2024.

<div style="margin-left:45%;">

For and on behalf of
SEB Investment Management AB

By: _Caroline Rifall_ _____
⎽⎽⎽ DocuSigned by: ⎽⎽⎽
91EF69377E94499...
Caroline Rifall
*Head of Legal*

</div>

Docusign Envelope ID: 5817B7AB-90C6-4BC4-8C4E-10F3B508E046

## SCHEDULE A

### Gamla Liv

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 11/30/2022 | 16 | $549.90 |
| Common Stock | BUY | 11/30/2022 | 7 | $549.90 |
| Common Stock | BUY | 12/7/2022 | 11,937 | $549.18 |
| Common Stock | BUY | 1/10/2023 | 14,617 | $481.59 |
| Common Stock | BUY | 1/23/2023 | 155 | $498.37 |
| Common Stock | BUY | 1/31/2023 | 2,747 | $511.70 |
| Common Stock | BUY | 2/2/2023 | 72 | $502.48 |
| Common Stock | BUY | 2/2/2023 | 242 | $493.66 |
| Common Stock | BUY | 2/2/2023 | 5,711 | $496.79 |
| Common Stock | BUY | 5/9/2023 | 5,766 | $530.20 |
| Common Stock | BUY | 6/2/2023 | 7,535 | $520.78 |
| Common Stock | BUY | 7/5/2023 | 7,499 | $444.99 |
| Common Stock | BUY | 8/2/2023 | 618 | $483.75 |
| Common Stock | BUY | 8/31/2023 | 4 | $461.63 |
| Common Stock | BUY | 9/18/2023 | 4 | $474.65 |
| Common Stock | BUY | 9/20/2023 | 300 | $475.77 |
| Common Stock | BUY | 12/19/2023 | 292 | $459.29 |
| Common Stock | BUY | 12/20/2023 | 253 | $456.70 |
| Common Stock | BUY | 12/22/2023 | 500 | $453.12 |
| Common Stock | SELL | 8/9/2022 | 108 | $485.30 |
| Common Stock | SELL | 8/9/2022 | 22 | $485.30 |
| Common Stock | SELL | 9/20/2022 | 20 | $512.12 |
| Common Stock | SELL | 9/20/2022 | 100 | $511.11 |
| Common Stock | SELL | 11/28/2022 | 17 | $534.29 |
| Common Stock | SELL | 11/28/2022 | 529 | $534.29 |
| Common Stock | SELL | 3/8/2023 | 442 | $489.31 |
| Common Stock | SELL | 4/3/2023 | 7,300 | $510.25 |
| Common Stock | SELL | 5/31/2023 | 34 | $501.87 |
| Common Stock | SELL | 5/31/2023 | 102 | $501.87 |
| Common Stock | SELL | 8/29/2023 | 4,281 | $481.30 |
| Common Stock | SELL | 9/29/2023 | 108 | $493.67 |
| Common Stock | SELL | 9/29/2023 | 354 | $493.67 |
| Common Stock | SELL | 10/3/2023 | 1,900 | $488.44 |
| Common Stock | SELL | 10/31/2023 | 2,800 | $523.69 |
| Common Stock | SELL | 11/28/2023 | 400 | $510.45 |

### SEB Dynamisk Aktiefond

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 11/15/2022 | 13,900 | $520.20 |
| Common Stock | BUY | 5/16/2023 | 8,200 | $522.27 |
| Common Stock | BUY | 7/19/2023 | 4,500 | $454.69 |
| Common Stock | SELL | 11/7/2023 | 6,400 | $498.37 |
| Common Stock | SELL | 12/14/2023 | 20,200 | $471.39 |

### SEB Fund 3 - SEB Global Exposure Fund

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 10/12/2022 | 300 | $494.19 |
| Common Stock | BUY | 11/25/2022 | 200 | $540.95 |
| Common Stock | BUY | 4/18/2023 | 1,100 | $512.68 |
| Common Stock | BUY | 5/11/2023 | 621 | $528.99 |
| Common Stock | BUY | 5/24/2023 | 656 | $506.63 |
| Common Stock | BUY | 12/29/2023 | 300 | $457.81 |
| Common Stock | BUY | 1/18/2024 | 400 | $411.98 |
| Common Stock | SELL | 10/19/2022 | 300 | $500.21 |

### SEB Fund 3 - SEB Pension Fund

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 12/8/2022 | 700 | $549.12 |
| Common Stock | BUY | 5/10/2023 | 19 | $530.10 |
| Common Stock | BUY | 5/15/2023 | 492 | $522.50 |
| Common Stock | BUY | 6/12/2023 | 1,500 | $514.51 |
| Common Stock | BUY | 9/5/2023 | 10 | $468.52 |
| Common Stock | SELL | 2/8/2023 | 24 | $494.21 |
| Common Stock | SELL | 5/31/2023 | 19 | $501.87 |
| Common Stock | SELL | 6/2/2023 | 41 | $520.78 |
| Common Stock | SELL | 6/2/2023 | 54 | $520.78 |
| Common Stock | SELL | 10/12/2023 | 300 | $493.40 |
| Common Stock | SELL | 11/20/2023 | 661 | $495.39 |
| Common Stock | SELL | 12/19/2023 | 100 | $463.58 |
| Common Stock | SELL | 12/19/2023 | 500 | $458.01 |

### SEB Fund 3 - SEB Pension Fund Extra

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 12/8/2022 | 100 | $549.12 |
| Common Stock | BUY | 5/15/2023 | 43 | $522.50 |

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 6/12/2023 | 200 | $514.51 |
| Common Stock | BUY | 7/25/2023 | 100 | $453.34 |
| Common Stock | SELL | 6/2/2023 | 1 | $520.78 |
| Common Stock | SELL | 6/29/2023 | 100 | $446.13 |
| Common Stock | SELL | 10/12/2023 | 100 | $493.40 |
| Common Stock | SELL | 11/20/2023 | 42 | $495.39 |

### SEB Fund 3 - SEB Pension Fund Plus

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 12/8/2022 | 200 | $549.12 |
| Common Stock | BUY | 6/12/2023 | 400 | $514.51 |
| Common Stock | BUY | 10/19/2023 | 2 | $523.75 |
| Common Stock | SELL | 5/15/2023 | 31 | $522.50 |
| Common Stock | SELL | 6/2/2023 | 3 | $520.78 |
| Common Stock | SELL | 11/20/2023 | 68 | $495.39 |
| Common Stock | SELL | 12/19/2023 | 200 | $458.01 |

### SEB Fund 3 - SEB US Exposure Fund

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 9/29/2022 | 787 | $491.06 |
| Common Stock | BUY | 10/10/2022 | 92 | $497.04 |
| Common Stock | BUY | 10/18/2022 | 143 | $501.68 |
| Common Stock | BUY | 10/19/2022 | 357 | $500.21 |
| Common Stock | BUY | 11/23/2022 | 100 | $538.30 |
| Common Stock | BUY | 12/13/2022 | 189 | $523.06 |
| Common Stock | BUY | 2/2/2023 | 118 | $489.77 |
| Common Stock | BUY | 2/8/2023 | 156 | $494.21 |
| Common Stock | BUY | 6/13/2023 | 80 | $512.63 |
| Common Stock | BUY | 9/11/2023 | 200 | $467.18 |
| Common Stock | BUY | 10/2/2023 | 386 | $491.74 |
| Common Stock | BUY | 10/16/2023 | 200 | $524.21 |
| Common Stock | BUY | 11/27/2023 | 192 | $510.71 |
| Common Stock | SELL | 12/8/2022 | 300 | $547.36 |
| Common Stock | SELL | 12/20/2022 | 166 | $501.72 |
| Common Stock | SELL | 2/7/2023 | 165 | $481.00 |
| Common Stock | SELL | 2/27/2023 | 118 | $506.51 |
| Common Stock | SELL | 3/7/2023 | 71 | $496.04 |
| Common Stock | SELL | 3/22/2023 | 109 | $498.33 |
| Common Stock | SELL | 4/4/2023 | 100 | $503.31 |
| Common Stock | SELL | 5/30/2023 | 60 | $493.96 |
| Common Stock | SELL | 5/31/2023 | 101 | $501.87 |

Docusign Envelope ID: 5817B7AB-90C6-4BC4-8C4E-1053B508E046

| Common Stock | SELL | 9/21/2023 | 300 | $494.06 |
| Common Stock | SELL | 10/10/2023 | 400 | $500.40 |
| Common Stock | SELL | 11/30/2023 | 83 | $484.86 |
| Common Stock | SELL | 12/27/2023 | 164 | $451.42 |

### SEB Global Aktiefond

| Security | Buy/Sell | Date | Quantity | Price |
| --- | --- | --- | --- | --- |
| Common Stock | BUY | 5/10/2023 | 20,000 | $531.96 |
| Common Stock | SELL | 11/16/2023 | 1,800 | $513.04 |
| Common Stock | SELL | 1/24/2024 | 18,200 | $407.78 |

### SEB Global Equal Opportunity Fund

| Security | Buy/Sell | Date | Quantity | Price |
| --- | --- | --- | --- | --- |
| Common Stock | BUY | 11/15/2022 | 400 | $525.64 |
| Common Stock | SELL | 12/19/2022 | 100 | $503.75 |
| Common Stock | SELL | 1/25/2023 | 100 | $496.10 |
| Common Stock | SELL | 3/7/2023 | 200 | $497.24 |

### SEB Stiftelsefond Utland

| Security | Buy/Sell | Date | Quantity | Price |
| --- | --- | --- | --- | --- |
| Common Stock | BUY | 11/22/2022 | 1,000 | $530.21 |
| Common Stock | BUY | 5/10/2023 | 1,900 | $531.30 |
| Common Stock | SELL | 11/25/2022 | 100 | $543.19 |
| Common Stock | SELL | 11/16/2023 | 300 | $513.06 |
| Common Stock | SELL | 1/23/2024 | 1,400 | $408.03 |

### SEB Världenfond

| Security | Buy/Sell | Date | Quantity | Price |
| --- | --- | --- | --- | --- |
| Common Stock | BUY | 11/22/2022 | 16,800 | $530.21 |
| Common Stock | BUY | 5/30/2023 | 9,400 | $494.59 |
| Common Stock | BUY | 7/5/2023 | 2,200 | $448.06 |
| Common Stock | SELL | 4/21/2023 | 5,400 | $491.21 |
| Common Stock | SELL | 11/9/2023 | 2,700 | $488.28 |
| Common Stock | SELL | 12/11/2023 | 20,300 | $474.02 |

## <u>ASSIGNMENT OF CLAIMS AND POWER OF ATTORNEY</u>

**KNOW ALL PERSONS BY THESE PRESENTS** that Gamla Livförsäkringsaktiebolaget SEB Trygg Liv ("Gamla Liv") hereby assigns, transfers and sets over to SEB Investment Management AB ("SEB Investment Management") for purposes of prosecution and collection, all rights, titles, and interests in the claims, demands, or causes of action against any defendant relating to transactions by Gamla Liv in any security issued by Humana Inc. ("Humana" or the "Company") (hereinafter the "Humana Related Claims").[1]

This Assignment and Power of Attorney is intended to be a complete transfer to SEB Investment Management of any claims Gamla Liv has (or had) with respect to the Humana Related Claims for purposes of prosecution and collection.

A.      Gamla Liv hereby appoints SEB Investment Management as its true and lawful attorney-in-fact for the purpose of exercising the following powers:

1.      To do all acts necessary for the purpose of prosecution and collection of Gamla Liv's claims, demands, or causes of action, against any defendant relating to the Humana Related Claims;

2.      To file and/or continue the prosecution of a lawsuit pursuant to the provisions of, *inter alia*, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for purposes of prosecuting claims pursuant to, *inter alia*, the Securities Act of 1933, the Securities Exchange Act of 1934, and/or any other causes of action arising under federal or state law, in the Snowflake Action, or any other related action;

3.      To enter into any discussions or other activities on behalf of Gamla Liv in connection with attempting to resolve the Humana Related Claims, including without limitation, selecting and retaining legal counsel, filing and prosecuting court or regulatory proceedings in Gamla Liv's interests in any federal or state court or regulatory proceeding and/or to organize with other plaintiffs to prosecute said claims; and

4.      To sign, on behalf of Gamla Liv, settlement agreements, releases, or other documents relating to the prosecution and/or settlement of the Humana Related Claims.  Gamla Liv hereby agrees to be bound by any settlement, compromise, or release reached by SEB Investment Management on Gamla Liv's behalf and that any document executed in connection with any such settlement, compromise, or release by SEB Investment Management on behalf of Gamla Liv shall be binding on Gamla Liv.

---

[1]      This Assignment of Claims and Power of Attorney is intended to permit SEB Investment Management to prosecute claims, as a named plaintiff and/or lead plaintiff in *Iron Workers Local 401 Annuity Fund v. Humana Inc.*, *et al.*, No. 1:24-cv-00655-UNA (D. Del.), and/or in any other actions related thereto (the "Humana Action").

1

Docusign Envelope ID: D6147363-E6F7-4FD9-AB9D-2A9A7CA00152

B.      Gamla Liv specifically acknowledges and confirms that no person or entity who shall pay to SEB Investment Management amounts owed to Gamla Liv relating in any way to the Humana Related Claims shall be liable to Gamla Liv to the extent of any amounts so paid, unless the person or entity making such payment has actual knowledge that the authority granted to SEB Investment Management by this Assignment of Claims and Power of Attorney has been properly revoked.

C.      This Assignment of Claims and Power of Attorney may not be revoked without the written consent of SEB Investment Management.

D.      Any actions taken by SEB Investment Management on behalf of Gamla Liv prior to the date of this Assignment of Claims and Power of Attorney are hereby ratified and given the same force as if they were taken after the effective date of this Assignment of Claims and Power of Attorney. Gamla Liv agrees to be bound by any decisions made by SEB Investment Management on behalf of Gamla Liv with respect to any issues relating to the Humana Related Claims or prosecution of claims asserted in the Humana Action, or any related actions, both before and after the date of this Assignment of Claims and Power of Attorney.

E.      Gamla Liv hereby agrees to be bound by any determinations (final or otherwise) issued by any court or regulatory body relating to the Humana Related Claims being prosecuted by SEB Investment Management.

F.      Gamla Liv represents and warrants that it has not made any prior assignments of the rights, title, and interest of the securities that are the subject of this Assignment of Claims and Power of Attorney.

G.      This Assignment of Claims and Power of Attorney shall be interpreted and governed by the laws of the State of New York.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

2

Gamla Liv has caused this Assignment of Claims and Power of Attorney to be executed and delivered by a duly authorized representative of Gamla Liv to be effective upon execution.

**On Behalf of SEB Investment Management AB:**

*Caroline Rifall*

Caroline Rifall
*Head of Legal*
Executed July 30 , 2024

**On Behalf of Gamla Livförsäkringsaktiebolaget SEB Trygg Liv:**

*Johan Sundin*

Johan Sundin
Head of Legal

Executed July 31, 2024

Martin Larsson
Head of investments

Executed July 31, 2024