# EXHIBIT B

|  |  |  |  |  | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | **Total LIFO loss:** | | ($10,899,148.65) | |

**Gamla Livförsäkringsaktiebolaget SEB Trygg Liv**
**LIFO Losses in Humana Inc.**
Class Period: 7/27/2022 - 1/24/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Open Balance |  | 2,114 |  |  | Sale | 8/9/2022 | 108 | $485.30 | $52,412.40 |
|  |  |  |  |  | Sale | 8/9/2022 | 22 | $485.30 | $10,676.60 |
|  |  |  |  |  | Sale | 9/20/2022 | 20 | $512.12 | $10,242.40 |
|  |  |  |  |  | Sale | 9/20/2022 | 100 | $511.11 | $51,111.00 |
|  |  |  |  |  | Sale | 11/28/2022 | 17 | $534.29 | $9,082.93 |
|  |  |  |  |  | Sale | 11/28/2022 | 529 | $534.29 | $282,639.41 |
|  |  |  |  |  | Sale * | 2/7/2024 | 1,318 | $368.80 | $486,084.99 |
|  |  |  |  |  | *Sales offsetting opening balance:* | | 2,114 |  | $902,249.73 |
| Purchase | 11/30/2022 | 16 | $549.90 | $8,798.40 | Sale | 3/8/2023 | 442 | $489.31 | $216,275.02 |
| Purchase | 11/30/2022 | 7 | $549.90 | $3,849.30 | Sale | 4/3/2023 | 7,300 | $510.25 | $3,724,825.00 |
| Purchase | 12/7/2022 | 11,937 | $549.18 | $6,555,561.66 | Sale | 5/31/2023 | 34 | $501.87 | $17,063.58 |
| Purchase | 1/10/2023 | 14,617 | $481.59 | $7,039,401.03 | Sale | 5/31/2023 | 102 | $501.87 | $51,190.74 |
| Purchase | 1/23/2023 | 155 | $498.37 | $77,247.35 | Sale | 8/29/2023 | 4,281 | $481.30 | $2,060,445.30 |
| Purchase | 1/31/2023 | 2,747 | $511.70 | $1,405,639.90 | Sale | 9/29/2023 | 108 | $493.67 | $53,315.91 |
| Purchase | 2/2/2023 | 72 | $502.48 | $36,178.36 | Sale | 9/29/2023 | 354 | $493.67 | $174,758.40 |
| Purchase | 2/2/2023 | 242 | $493.66 | $119,465.89 | Sale | 10/3/2023 | 1,900 | $488.44 | $928,036.00 |
| Purchase | 2/2/2023 | 5,711 | $496.79 | $2,837,193.96 | Sale | 10/31/2023 | 2,800 | $523.69 | $1,466,332.00 |
| Purchase | 5/9/2023 | 5,766 | $530.20 | $3,057,133.20 | Sale | 11/28/2023 | 400 | $510.45 | $204,180.00 |
| Purchase | 6/2/2023 | 7,535 | $520.78 | $3,924,077.30 | Sale * | 2/7/2024 | 40,554 | $368.80 | $14,956,517.92 |
| Purchase | 7/5/2023 | 7,499 | $444.99 | $3,336,980.01 |  |  |  |  |  |
| Purchase | 8/2/2023 | 618 | $483.75 | $298,957.50 |  |  |  |  |  |
| Purchase | 8/31/2023 | 4 | $461.63 | $1,846.52 |  |  |  |  |  |
| Purchase | 9/18/2023 | 4 | $474.65 | $1,898.60 |  |  |  |  |  |
| Purchase | 9/20/2023 | 300 | $475.77 | $142,731.00 |  |  |  |  |  |
| Purchase | 12/19/2023 | 292 | $459.29 | $134,113.47 |  |  |  |  |  |
| Purchase | 12/20/2023 | 253 | $456.70 | $115,545.43 |  |  |  |  |  |
| Purchase | 12/22/2023 | 500 | $453.12 | $226,561.00 |  |  |  |  |  |
|  |  | 58,275 |  | $29,323,179.88 |  |  | 58,275 |  | $23,852,939.86 |

|  |  |
|---|---|
| *LIFO Losses in Humana Inc.* | ($5,470,240.01) |

**SEB Dynamisk Aktiefond**
**LIFO Losses in Humana Inc.**
Class Period: 7/27/2022 - 1/24/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/15/2022 | 13,900 | $520.20 | $7,230,814.75 | Sale | 11/7/2023 | 6,400 | $498.37 | $3,189,550.72 |
| Purchase | 5/16/2023 | 8,200 | $522.27 | $4,282,637.78 | Sale | 12/14/2023 | 20,200 | $471.39 | $9,522,164.86 |
| Purchase | 7/19/2023 | 4,500 | $454.69 | $2,046,099.15 | | | | | |
| | | 26,600 | | $13,559,551.68 | | | 26,600 | | $12,711,715.58 |

LIFO Losses in Humana Inc.   ($847,836.10)

**SEB Fund 3 - SEB Global Exposure Fund**
**LIFO Losses in Humana Inc.**
Class Period: 7/27/2022 - 1/24/2024
Retained Shares valued at:                $346.80

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Open Balance | | 11,342 | | | | | | | |
| | | | | | *Sales offsetting opening balance:* | | 0 | | $0.00 |
| Purchase | 10/12/2022 | 300 | $494.19 | $148,257.00 | Sale | 10/19/2022 | 300 | $500.21 | $150,063.00 |
| Purchase | 11/25/2022 | 200 | $540.95 | $108,190.00 | Retained | | 3,277 | $346.80 | $1,136,463.60 |
| Purchase | 4/18/2023 | 1,100 | $512.68 | $563,948.00 | | | | | |
| Purchase | 5/11/2023 | 621 | $528.99 | $328,502.79 | | | | | |
| Purchase | 5/24/2023 | 656 | $506.63 | $332,349.28 | | | | | |
| Purchase | 12/29/2023 | 300 | $457.81 | $137,343.00 | | | | | |
| Purchase | 1/18/2024 | 400 | $411.98 | $164,792.00 | | | | | |
| | | 3,577 | | $1,783,382.07 | | | 3,577 | | $1,286,526.60 |

LIFO Losses in Humana Inc.   ($496,855.47)

**SEB Fund 3 - SEB Pension Fund**
**LIFO Losses in Humana Inc.**
Class Period: 7/27/2022 - 1/24/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Open Balance | | 1,180 | | | | | | | |
| | | | | | *Sales offsetting opening balance:* | | 0 | | $0.00 |
| Purchase | 12/8/2022 | 700 | $549.12 | $384,387.29 | Sale | 2/8/2023 | 24 | $494.21 | $11,861.04 |
| Purchase | 5/10/2023 | 19 | $530.10 | $10,071.90 | Sale | 5/31/2023 | 19 | $501.87 | $9,535.53 |
| Purchase | 5/15/2023 | 492 | $522.50 | $257,070.00 | Sale | 6/2/2023 | 41 | $520.78 | $21,351.98 |
| Purchase | 6/12/2023 | 1,500 | $514.51 | $771,766.50 | Sale | 6/2/2023 | 54 | $520.78 | $28,122.12 |
| Purchase | 9/5/2023 | 10 | $468.52 | $4,685.20 | Sale | 10/12/2023 | 300 | $493.40 | $148,020.00 |
| | | | | | Sale | 11/20/2023 | 661 | $495.39 | $327,451.14 |
| | | | | | Sale | 12/19/2023 | 100 | $463.58 | $46,358.00 |
| | | | | | Sale * | 12/19/2023 | 500 | $458.01 | $229,005.00 |
| | | | | | Sale * | 1/26/2024 | 1,022 | $358.29 | $366,177.49 |
| | | 2,721 | | $1,427,980.89 | | | 2,721 | | $1,187,882.30 |
| | | | | | | *LIFO Losses in Humana Inc.* | | | ($240,098.59) |

**SEB Fund 3 - SEB Pension Fund Extra**
**LIFO Losses in Humana Inc.**
Class Period: 7/27/2022 - 1/24/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/8/2022 | 100 | $549.12 | $54,912.47 | Sale | 6/2/2023 | 1 | $520.78 | $520.78 |
| Purchase | 5/15/2023 | 43 | $522.50 | $22,467.50 | Sale | 6/29/2023 | 100 | $446.13 | $44,613.00 |
| Purchase | 6/12/2023 | 200 | $514.51 | $102,902.20 | Sale | 10/12/2023 | 100 | $493.40 | $49,340.00 |
| Purchase | 7/25/2023 | 100 | $453.34 | $45,334.00 | Sale | 11/20/2023 | 42 | $495.39 | $20,806.27 |
| | | | | | Sale * | 1/26/2024 | 200 | $358.29 | $71,659.00 |
| | | 443 | | $225,616.17 | | | 443 | | $186,939.05 |
| | | | | | | *LIFO Losses in Humana Inc.* | | | ($38,677.12) |

**SEB Fund 3 - SEB Pension Fund Plus**
**LIFO Losses in Humana Inc.**
Class Period: 7/27/2022 - 1/24/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/8/2022 | 200 | $549.12 | $109,824.94 | Sale | 5/15/2023 | 31 | $522.50 | $16,197.50 |
| Purchase | 6/12/2023 | 400 | $514.51 | $205,804.40 | Sale | 6/2/2023 | 3 | $520.78 | $1,562.34 |
| Purchase | 10/19/2023 | 2 | $523.75 | $1,047.50 | Sale | 11/20/2023 | 68 | $495.39 | $33,686.42 |
| | | | | | Sale | 12/19/2023 | 200 | $458.01 | $91,602.00 |
| | | | | | Sale * | 1/26/2024 | 300 | $358.29 | $107,488.50 |
| | | 602 | | $316,676.84 | | | 602 | | $250,536.76 |

LIFO Losses in Humana Inc.    ($66,140.08)

**SEB Fund 3 - SEB US Exposure Fund**
**LIFO Losses in Humana Inc.**
Class Period: 7/27/2022 - 1/24/2024
Retained Shares valued at:    $346.80

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Open Balance | | 7,580 | | | | | | | |
| | | | | | *Sales offsetting opening balance:* | | 0 | | $0.00 |
| Purchase | 9/29/2022 | 787 | $491.06 | $386,464.22 | Sale | 12/8/2022 | 300 | $547.36 | $164,208.00 |
| Purchase | 10/10/2022 | 92 | $497.04 | $45,727.68 | Sale | 12/20/2022 | 166 | $501.72 | $83,285.52 |
| Purchase | 10/18/2022 | 143 | $501.68 | $71,740.24 | Sale | 2/7/2023 | 165 | $481.00 | $79,365.00 |
| Purchase | 10/19/2022 | 357 | $500.21 | $178,574.97 | Sale | 2/27/2023 | 118 | $506.51 | $59,768.18 |
| Purchase | 11/23/2022 | 100 | $538.30 | $53,830.00 | Sale | 3/7/2023 | 71 | $496.04 | $35,218.84 |
| Purchase | 12/13/2022 | 189 | $523.06 | $98,858.34 | Sale | 3/22/2023 | 109 | $498.33 | $54,317.97 |
| Purchase | 2/2/2023 | 118 | $489.77 | $57,792.86 | Sale | 4/4/2023 | 100 | $503.31 | $50,331.00 |
| Purchase | 2/8/2023 | 156 | $494.21 | $77,096.76 | Sale | 5/30/2023 | 60 | $493.96 | $29,637.60 |
| Purchase | 6/13/2023 | 80 | $512.63 | $41,010.40 | Sale | 5/31/2023 | 101 | $501.87 | $50,688.87 |
| Purchase | 9/11/2023 | 200 | $467.18 | $93,436.00 | Sale | 9/21/2023 | 300 | $494.06 | $148,218.00 |
| Purchase | 10/2/2023 | 386 | $491.74 | $189,811.64 | Sale | 10/10/2023 | 400 | $500.40 | $200,160.00 |
| Purchase | 10/16/2023 | 200 | $524.21 | $104,842.00 | Sale | 11/30/2023 | 83 | $484.86 | $40,243.38 |
| Purchase | 11/27/2023 | 192 | $510.71 | $98,056.32 | Sale | 12/27/2023 | 164 | $451.42 | $74,032.88 |
| | | | | | Sale * | 4/17/2024 | 293 | $348.19 | $102,019.52 |
| | | | | | Retained | | 570 | $346.80 | $197,676.00 |
| | | 3,000 | | $1,497,241.43 | | | 3,000 | | $1,369,170.76 |

LIFO Losses in Humana Inc.    ($128,070.67)

**SEB Global Aktiefond**
**LIFO Losses in Humana Inc.**
Class Period: 7/27/2022 - 1/24/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/10/2023 | 20,000 | $531.96 | $10,639,160.00 | Sale | 11/16/2023 | 1,800 | $513.04 | $923,471.64 |
| | | | | | Sale | 1/24/2024 | 18,200 | $407.78 | $7,421,514.10 |
| | | 20,000 | | $10,639,160.00 | | | 20,000 | | $8,344,985.74 |

LIFO Losses in Humana Inc.    ($2,294,174.26)

**SEB Global Equal Opportunity Fund**
**LIFO Losses in Humana Inc.**
Class Period: 7/27/2022 - 1/24/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/15/2022 | 400 | $525.64 | $210,257.20 | Sale | 12/19/2022 | 100 | $503.75 | $50,375.00 |
| | | | | | Sale | 1/25/2023 | 100 | $496.10 | $49,610.00 |
| | | | | | Sale | 3/7/2023 | 200 | $497.24 | $99,447.38 |
| | | 400 | | $210,257.20 | | | 400 | | $199,432.38 |

LIFO Losses in Humana Inc.    ($10,824.82)

**SEB Stiftelsefond Utland**
**LIFO Losses in Humana Inc.**
Class Period: 7/27/2022 - 1/24/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/22/2022 | 1,000 | $530.21 | $530,211.90 | Sale | 11/25/2022 | 100 | $543.19 | $54,319.00 |
| Purchase | 5/10/2023 | 1,900 | $531.30 | $1,009,465.44 | Sale | 11/16/2023 | 300 | $513.06 | $153,919.41 |
| | | | | | Sale | 1/23/2024 | 1,400 | $408.03 | $571,242.00 |
| | | | | | Sale * | 2/28/2024 | 1,100 | $366.35 | $402,988.67 |
| | | 2,900 | | $1,539,677.34 | | | 2,900 | | $1,182,469.08 |

LIFO Losses in Humana Inc.    ($357,208.26)

**SEB Världenfond**
**LIFO Losses in Humana Inc.**
Class Period: 7/27/2022 - 1/24/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/22/2022 | 16,800 | $530.21 | $8,907,559.92 | Sale | 4/21/2023 | 5,400 | $491.21 | $2,652,534.00 |
| Purchase | 5/30/2023 | 9,400 | $494.59 | $4,649,154.46 | Sale | 11/9/2023 | 2,700 | $488.28 | $1,318,356.00 |
| Purchase | 7/5/2023 | 2,200 | $448.06 | $985,739.92 | Sale | 12/11/2023 | 20,300 | $474.02 | $9,622,541.04 |
| | | 28,400 | | $14,542,454.30 | | | 28,400 | | $13,593,431.04 |

LIFO Losses in Humana Inc.    ($949,023.26)

* Post-class sale price adjusted per PSLRA.