**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IRON WORKERS LOCAL 401 ANNUITY FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND,<br><br>   Defendants. | C.A. No.: 24-cv-655-JLH<br><br>**CLASS ACTION** |
| MANOJ MARATHE, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND,<br><br>   Defendants. | C.A. No. 24-cv-898-UNA<br><br>**CLASS ACTION** |

**DECLARATION OF BRIAN E. FARNAN IN SUPPORT OF MOTION OF MANOJ MARATHE FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

I, Brian E. Farnan, hereby declare under penalty of perjury:

1.      I am a Partner at Farnan LLP, proposed Liaison Counsel in this action, and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of Delaware and before this Court. I make this Declaration in support of the Motion of Manoj Marathe ("Movant") for: (1) Consolidation of Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Selection of Counsel.

2.       Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1:      PSLRA Early Notice;

Exhibit 2:      Movant's PSLRA certification;

Exhibit 3:      Movant's loss chart;

Exhibit 4:      Firm résumé of The Rosen Law Firm, P.A.; and

Exhibit 5:      Firm résumé of Farnan LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: August 2, 2024          /s/ Brian E. Farnan
Brian E. Farnan

2