## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| IRON WORKERS LOCAL 401 ANNUITY FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND, <br><br> Defendants. | Case No. 1:24-cv-00655-JLH |
| MANOJ MARATHE, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND, <br><br> Defendants. | Case No. 1:24-cv-00898-UNA |

**DECLARATION OF JOHN C. PHILLIPS, JR. IN SUPPORT OF MOTION OF SAM HANDLER FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, John C. Phillips, Jr., hereby declare as follows:

1.      I am a partner with the law firm of Phillips, McLaughlin & Hall, P.A., Liaison Counsel for Lead Plaintiff Movant Sam Handler ("Handler") and proposed Liaison Counsel for the class in the above-captioned action. I make this declaration in support of Handler's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published June 3, 2024 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Signed PSLRA Certification of Handler;

Exhibit C:    Analysis of Handler's financial interest; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 2nd day of August 2024.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr.

1