## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| IRON WORKERS LOCAL 401 ANNUITY FUND, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-00655-JLH |
| Plaintiff, | |
| v. | |
| HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND, | |
| Defendants. | |
| | |
| MANOJ MARATHE, Individually and on behalf of all others similarly situated, | Case No. 1:24-cv-00898-JLH |
| Plaintiff, | |
| v. | |
| HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF MOTION OF SAM HANDLER FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

On August 2, 2024, Sam Handler filed a motion for consolidation of related actions, appointment as lead plaintiff, and approval of counsel in connection with the above-captioned securities fraud class actions (Dkt. No. 17, the "Motion"). Two similar motions were filed by other putative class members in this action (Dkt. Nos. 12, 13).

The Private Securities Litigation Reform Act of 1995 ("PSLRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Mr. Handler does not have the largest financial interest in the relief sought by the class, as required by the PSLRA. As such, Mr. Handler hereby withdraws his Motion.

By this withdrawal, Mr. Handler does not waive his rights to participate and recover as a class member in this litigation.

DATED: August 16, 2024

Respectfully submitted,

**PHILLIPS, MCLAUGHLIN & HALL, P.A.**

By: _/s/ John C. Phillips, Jr._
John C. Phillips, Jr. (No. 110)
1200 North Broom Street
Wilmington, Delaware 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
Email: JCP@PMHDELaw.com

_Liaison Counsel for Sam Handler_

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, California 90067

1

Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
      clinehan@glancylaw.com


*Counsel for Sam Handler*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

2