# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IRON WORKERS LOCAL 401 ANNUITY FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND,<br><br>Defendants. | C.A. No.: 24-cv-655-JLH<br><br>**CLASS ACTION** |
| MANOJ MARATHE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND,<br><br>Defendants. | C.A. No. 24-cv-898-JLH<br><br><br>**CLASS ACTION** |

**DECLARATION OF BRIAN E. FARNAN IN SUPPORT OF MANOJ MARATHE RESPONSE TO PENDING MOTIONS FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL**

**FARNAN LLP**
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Counsel for Plaintiff Manoj Marathe*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Counsel for Plaintiff Manoj Marathe*

1

2

I, Brian E. Farnan, hereby declare under penalty of perjury:

1.     I am a Partner at Farnan LLP, proposed Liaison Counsel in this action, and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of Delaware and before this Court. I make this Declaration in support of Manoj Marathe ("Movant") Response to Pending Motions for: (1) Consolidation of Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Selection of Counsel.

2.     Attached hereto as the exhibit indicated is a true and correct copy of the following:

Exhibit 1:     Email Chain to SEB Investment Management AB Counsel, Kessler Topaz Meltzer & Check, LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: August 16, 2024                    /s/ Brian E. Farnan
                                             Brian E. Farnan

2