**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IRON WORKERS LOCAL 401 ANNUITY FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND,<br><br>    Defendants. | C.A. No.: 24-cv-655-JLH<br><br><br>**CLASS ACTION** |
| MANOJ MARATHE, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND,<br><br>    Defendants. | C.A. No. 24-cv-898-JLH<br><br><br>**CLASS ACTION** |

i

**MANOJ MARATHE REPLY TO PENDING MOTIONS FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL**

Dated: August 23, 2024

**FARNAN LLP**
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Counsel for Plaintiff Manoj Marathe*

**THE ROSEN LAW FIRM, P.A**.
Laurence Rosen
Phillip Kim
275 Madison Avenue, 40th Floor
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenelgal.com

*Counsel for Plaintiff Manoj Marathe*

ii

Plaintiff and Lead Plaintiff movant Manoj Marathe ("Mr. Marathe") submits this reply in response to SEB Investment Management AB's ("SEB") opposition. D.I. 27.

We are disappointed with SEB's opposition as it fails to address whether it plans on keeping options investors—as defined in Mr. Marathe's complaint—it now seeks to consolidate and seeks to lead. We raised this issue prior to the deadline for oppositions. However, SEB ignores the issue in its opposition. Had SEB simply confirmed that it would continue to keep options investors in any consolidated amended complaint SEB would file as Lead Plaintiff—all of this would have been avoided. Mr. Marathe indicated that had SEB merely confirmed that it would keep options investors in the consolidated amended complaint, Mr. Marathe would have merely filed notice of non-opposition. D.I. 26-1.

SEB's counsel's vague responses and its refusal to address these issues we previewed for SEB prior to the opposition deadline (D.I. 26-1)—suggests that SEB plans on excluding options investors from the consolidated case. Likely, SEB made the strategic decision not to address this issue in its opposition but to save its response for reply so as it gets the "final word." As such, Mr. Marathe intends to seek leave to file a sur-reply following the review of SEB's reply.

Dated: August 23, 2024                    Respectfully submitted,

**FARNAN LLP**

By: */s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

1

*Counsel for Plaintiff Manoj Marathe*

Laurence Rosen, Esq.
Phillip Kim, Esq.
**THE ROSEN LAW FIRM, P.A**.
275 Madison Avenue, 40th Floor
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenelgal.com

*Counsel for Plaintiff Manoj Marathe*

2