**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IRON WORKERS LOCAL 401 ANNUITY FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUMANA INC., BRUCE D. BROUSSARD, and SUSAN M. DIAMOND,<br><br>Defendants. | Case No. 1:24-cv-00655-JLH<br><br>**CLASS ACTION** |
| MANOJ MARATHE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Humana Inc., Bruce D. Broussard, And Susan M. Diamond,<br><br>Defendants. | Case No. 1:24-cv-00898-JLH<br><br>**CLASS ACTION** |

**REPLY DECLARATION OF ANDREW BLUMBERG IN FURTHER SUPPORT OF THE MOTION OF SEB INVESTMENT MANAGEMENT AB FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL, AND IN OPPOSITION TO COMPETING MOTION**

I, Andrew Blumberg, declare as follows:

1.      I am a member in good standing of the bar of the State of Delaware, and I am admitted to practice before this Court. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP. I submit this Reply Declaration in further support of the Motion of SEB Investment Management AB for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, and in Opposition to Competing Motion. Unless otherwise indicated, I have personal knowledge of the facts stated in this Reply Declaration, and if called upon to do so, could and would competently testify thereto.

2.      Attached hereto is a true and correct copy of the following exhibit:

Exhibit A:     Hearing Transcript of Motion for Reconsideration of Order Appointing Lead Plaintiff and Lead Counsel, *Industriens Pensionsforsikring A/S v. Becton, Dickinson & Co.*, No. 2:20-cv-02155-SRC-CLW (D.N.J. Nov. 4, 2020), D.I. 92.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of August 2024.

Andrew Blumberg (DE Bar ID #6744)

1