**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE HUMANA INC. SECURITIES LITIGATION** | Case No. 1:24-CV-00655-JLH |

**[PROPOSED] ORDER PERMITTING APPEARANCE OF**
**FARAI VYAMUCHARO-SHAWA**
**PURSUANT TO LOCAL RULE 83.5(f)(2)**

Having considered the Application to Permit Appearance of Farai Vyamucharo-Shawa

Pursuant to Local Rule 83.5(f)(2), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Application is GRANTED.

2.     Farai Vyamucharo-Shawa is permitted to appear on behalf of Lead Plaintiff SEB

Investment Management AB in the above-captioned action.


IT IS SO ORDERED.

Dated: September 20, 2024                    _____
                                             HONORABLE JENNIFER L. HALL
                                             UNITED STATES DISTRICT JUDGE

1