**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

IN RE HUMANA INC.
SECURITIES LITIGATION

Case No. 1:24-cv-00655-JHL

**DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Humana

Inc., Bruce D. Broussard, and Susan M. Diamond ("Defendants"), through undersigned counsel,

hereby move to dismiss Plaintiff's Consolidated Class Action Complaint for Violations of the

Federal Securities Laws (D.I. # 54) (the "CAC") for the reasons set forth in the accompanying

Memorandum of Law.  A proposed order granting this Motion is filed herewith.

Respectfully submitted this 22nd day of January, 2025.

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Kevin M. Coen*
Kevin M. Coen (DE Bar ID #4775)
Sara Carnahan (DE Bar ID #7175)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
kcoen@morrisnichols.com
scarnahan@morrisnichols.com

OF COUNSEL:

**ALSTON & BIRD**
Robert R. Long (Admitted *Pro Hac Vice*)
Elizabeth Gingold Clark (Admitted *Pro Hac Vice*)
Timothy J. Fitzmaurice (Admitted *Pro Hac Vice*)
1201 W Peachtree Street, Suite 4900
Atlanta, GA 30309

2

Telephone: (404) 881-7000
robert.long@alston.com
elizabeth.clark@alston.com
tim.fitzmaurice@alston.com

*Attorneys for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of January, 2025, I caused the foregoing DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS to be served upon opposing counsel of record via electronic mail.

This 22nd day of January, 2025.

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Kevin M. Coen*
Kevin M. Coen (DE Bar ID #4775)
Sara Carnahan (DE Bar ID #7175)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
kcoen@morrisnichols.com
scarnahan@morrisnichols.com

OF COUNSEL:

**ALSTON & BIRD**
Robert R. Long (Admitted *Pro Hac Vice*)
Elizabeth Gingold Clark (Admitted *Pro Hac Vice*)
Timothy J. Fitzmaurice (Admitted *Pro Hac Vice*)
1201 W Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
robert.long@alston.com
elizabeth.clark@alston.com
tim.fitzmaurice@alston.com

*Attorneys for Defendants*