**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE HUMANA INC. SECURITIES LITIGATION | Case No. 1:24-CV-00655-JLH |

## LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Lead Plaintiff SEB Investment Management AB ("SEB") respectfully submits the order in

*SEB Investment Management AB, et al. v. Wells Fargo & Co. et al.*, Case No. 22-cv-03811-TLT

(N.D. Cal. April 25, 2025), attached hereto as Exhibit A, as supplemental authority relevant to the

pending motion to dismiss the Consolidated Class Action Complaint by Defendants Humana Inc.,

Bruce D. Broussard, and Susan M. Diamond. D.I. 60. In *Wells Fargo*, District Judge Trina L.

Thompson granted SEB's motion for class certification and appointed SEB as class representative,

rejecting defendants' arguments that SEB lacked standing to represent its investment funds and

that SEB's reliance on the prudential exception to Article III standing rendered it atypical:

> [C]ourts have routinely found asset managers like SEB to have standing to represent their investment funds under the prudential exception to Article III standing. *See, e.g.*, *Weston v. DocuSign, Inc.*, No. 22-CV-00824-WHO, 2022 WL 1301770, at *4 (N.D. Cal. Apr. 18, 2022) (prudential exception applies to European asset manager) (collecting cases); *City of Taylor Police & Fire Ret. Sys. v. W. Union Co.*, No. 13-CV-03325-MSK-MJW, 2014 WL 4799659, at *4 (D. Colo. Sept. 26, 2014) (finding that SEB had prudential standing on behalf of Swedish and Luxembourgian funds); *In re Vivendi Universal, S.A. Sec. Litig.*, 605 F. Supp. 2d 570, 581 (S.D.N.Y. 2009) ("SEB AB has standing to sue on behalf of [its Swedish] fund"). Further, SEB has been appointed as a class representative by courts in this District. *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 335 F.R.D. 276, 288 (N.D. Cal. 2020) (appointing SEB as class representative). Thus, SEB's reliance on the prudential standing exception . . . does not render it atypical.

Ex. A at 7 (brackets in original).

Dated: April 28, 2025                    Respectfully submitted,

                                        **BERNSTEIN LITOWITZ BERGER
                                          & GROSSMANN LLP**

1

/s/ Gregory V. Varallo
Gregory V. Varallo (DE Bar ID #2242)
Andrew Blumberg (DE Bar ID #6744)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com
andrew.blumberg@blbglaw.com

-and-

Robert F. Kravetz (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Robert.kravetz@blbglaw.com

*Liaison Counsel for Lead Plaintiff SEB Investment Management AB*

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
Jamie M. McCall (*pro hac vice*)
Johnston de Forest Whitman, Jr. (*pro hac vice*)
Joshua E. D'Ancona (*pro hac vice*)
Joshua A. Materese (*pro hac vice*)
Nathan A. Hasiuk (*pro hac vice*)
Nathaniel C. Simon (*pro hac vice*)
Farai Vyamucharo-Shawa (DE Bar ID #7002)
Aubrie L. Kent (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmccall@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com
jmaterese@ktmc.com
nhasiuk@ktmc.com
nsimon@ktmc.com
fshawa@ktmc.com
akent@ktmc.com

2

*Counsel for Lead Plaintiff SEB Investment Management AB and Lead Counsel for the Class*