**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE HUMANA INC. SECURITIES LITIGATION | Case No. 1:24-CV-00655-JLH |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

Lead Plaintiff SEB Investment Management AB ("Plaintiff") respectfully moves this Court for leave to file a sur-reply in response to the Reply Brief in Support of Their Motion to Dismiss (D.I. 63) by Defendants Humana Inc., Bruce D. Broussard and Susan M. Diamond ("Defendants").

Under Local Rule 7.1.2., the Court may grant leave to file a sur-reply "if it responds to new evidence, facts, or arguments." *St. Clair Intell. Prop. Consultants, Inc. v. Samsung Elecs. Co., Ltd.*, 291 F.R.D. 75, 80 (D. Del. 2013) (citation omitted). Leave is also appropriate where the sur-reply addresses "previously uncited legal authority[.]" *Id.*; *see Jackson v. Nuvasive, Inc.*, 2024 WL 3585096, at *10 (D. Del. July 29, 2024) (Andrews, J.) (granting leave to file sur-reply that "respond[ed] to newly-cited cases"); *EMC Corp. v. Pure Storage, Inc.*, 154 F. Supp. 3d 81, 103 (D. Del. 2016) (granting leave to file sur-reply where defendant "relied on case law not cited in [defendant's] opening brief").

Here, Defendants' Reply Brief raises new arguments not contained in their opening brief, and cites ten cases, previously uncited by either party. Specifically, Defendants misstate the requirements for establishing Article III standing, and on that basis, argue that Plaintiff's Consolidated Class Action Complaint for Violations of Federal Securities Laws (D.I. 54) should be dismissed without leave to amend.

Because certain of these arguments and cases were presented for the first time in

1

Defendants' Reply Brief, Plaintiff has not been afforded an opportunity to address them.  Plaintiff therefore respectfully submits that the sur-reply will assist the Court in more fully and fairly deciding the issues, in light of the new arguments included in the Reply Brief.  *See Jackson*, 2024 WL 3585096, at *10 ("[p]laintiff's sur-reply will allow [the court] to fully evaluate [d]efendant's . . . motion"); *Walsh v. Irvin Stern's Costumes*, 2006 WL 166509, at *12 (E.D. Pa. Jan. 19, 2006) ("It is fully within [a court's] discretion to grant leave to file a Surreply where . . . it includes information that enables [the court] to more fully and fairly decide a particular issue.").

A copy of Plaintiff's proposed sur-reply is attached as Exhibit A.

DATED: May 7, 2025

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Gregory V. Varallo*
Gregory V. Varallo (DE Bar ID #2242)
Andrew Blumberg (DE Bar ID #6744)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com
andrew.blumberg@blbglaw.com

-and-

Robert F. Kravetz (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Robert.kravetz@blbglaw.com

*Liaison Counsel for Lead Plaintiff SEB Investment Management AB*

**KESSLER TOPAZ
 MELTZER & CHECK, LLP**
Jamie M. McCall (*pro hac vice*)

2

Johnston de Forest Whitman, Jr. (*pro hac vice*)
Joshua E. D'Ancona (*pro hac vice*)
Joshua A. Materese (*pro hac vice*)
Nathan A. Hasiuk (*pro hac vice*)
Nathaniel C. Simon (*pro hac vice*)
Farai Vyamucharo-Shawa (DE Bar ID #7002)
Aubrie L. Kent (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmccall@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com
jmaterese@ktmc.com
nhasiuk@ktmc.com
nsimon@ktmc.com
fshawa@ktmc.com
akent@ktmc.com

*Counsel for Lead Plaintiff SEB Investment Management AB and Lead Counsel for the Class*

3