**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

IN RE HUMANA INC. SECURITIES
LITIGATION

Case No. 1:24-CV-00655-JLH

### RULE 7.1.1 CERTIFICATE

I hereby certify that counsel for Plaintiff conferred with counsel for Defendants regarding Plaintiff's Motion for Leave to File Sur-Reply in Response to Defendants' Reply Brief in Support of Their Motion to Dismiss (the "Motion") (D.I. 66). Counsel were unable to reach an agreement regarding the matters set forth in the Motion.

DATED: May 7, 2025

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**

*/s/ Gregory V. Varallo*
Gregory V. Varallo (DE Bar ID #2242)
Andrew Blumberg (DE Bar ID #6744)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com
andrew.blumberg@blbglaw.com

-and-

Robert F. Kravetz (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Robert.kravetz@blbglaw.com

*Liaison Counsel for Lead Plaintiff SEB Investment*
*Management AB*

1

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
Jamie M. McCall (*pro hac vice*)
Johnston de Forest Whitman, Jr. (*pro hac vice*)
Joshua E. D'Ancona (*pro hac vice*)
Joshua A. Materese (*pro hac vice*)
Nathan A. Hasiuk (*pro hac vice*)
Nathaniel C. Simon (*pro hac vice pending*)
Farai Vyamucharo-Shawa (DE Bar ID #7002)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmccall@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com
jmaterese@ktmc.com
nhasiuk@ktmc.com
nsimon@ktmc.com
fshawa@ktmc.com

*Counsel for Lead Plaintiff SEB Investment Management AB and Lead Counsel for the Class*

2