# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE HUMANA INC. SECURITIES LITIGATION** | **Case No. 1:24-cv-00655-JHL** |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully submit this Notice of Supplemental Authority to notify the Court of Justice Alito's concurring opinion in *Trump v. CASA, Inc.*, No. 24A884, 2025 WL 1773631 at *17-18 (June 27, 2025) (attached as Exhibit A), which Justice Thomas joined. Justice Alito's concurring opinion is relevant to the parties' arguments in this case regarding third-party standing.

The majority decision in *CASA* did not address third-party standing, but Defendants have included the Court's full decision with this Notice of Supplemental Authority.

OF COUNSEL:

**ALSTON & BIRD**
Robert R. Long (Admitted *Pro Hac Vice*)
Elizabeth Gingold Clark (Admitted *Pro Hac Vice*)
Timothy J. Fitzmaurice (Admitted *Pro Hac Vice*)
1201 W Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
robert.long@alston.com
elizabeth.clark@alston.com
tim.fitzmaurice@alston.com

**MORRIS, NICHOLS,
ARSHT & TUNNELL LLP**

*/s/ Kevin M. Coen*
Kevin M. Coen (DE Bar ID #4775)
Sara Carnahan (DE Bar ID #7175)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
kcoen@morrisnichols.com
scarnahan@morrisnichols.com

*Attorneys for Defendants*

July 8, 2025