May 26, 2026

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

**RE:** *In Re Humana Inc. Securities Litigation*, **Case No. 1:24-cv-00655-JLH**

Dear Judge Hall:

Pursuant to the Court's April 27, 2026 Order (D.I. 72), counsel for all parties submit this joint letter in advance of the Rule 16 Scheduling Conference. Consistent with the Court's Order, the parties exchanged proposals on the proposed Scheduling Order on May 8, May 15, May 19, May 20, and May 21, 2026, and met and conferred regarding the proposed Scheduling Order and Rule 26(f) topics on May 18 and May 20, 2026.

### a.  Disputes Regarding the Proposed Scheduling Order

The parties have no disputes regarding the proposed Scheduling Order. The parties have reached agreement on all proposed deadlines as submitted in the proposed Scheduling Order.

### b.  Other Issues for the Rule 16 Scheduling Conference

The parties have no additional issues to raise with regard to the Rule 16 Scheduling Conference at this time.  The parties would be pleased to discuss any points or questions Your Honor may have regarding the proposed schedule or the Rule 26(f) conference at the Court's convenience.

We thank the Court for its attention to this matter.

Respectfully submitted,

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |

*/s/ Gregory V. Varallo*

Gregory V. Varallo (DE Bar ID #2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com

-and-

Robert F. Kravetz (Admitted *Pro Hac Vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Robert.kravetz@blbglaw.com

*Liaison Counsel for Lead Plaintiff*
*SEB Funds AB*

**KESSLER TOPAZ**
**  MELTZER & CHECK, LLP**
Jamie M. McCall (Admitted *Pro Hac Vice*)
Joshua E. D'Ancona (Admitted *Pro Hac Vice*)
Nathan A. Hasiuk (Admitted *Pro Hac Vice*)
Nathaniel C. Simon (Admitted *Pro Hac Vice*)
Farai Vyamucharo-Shawa (DE Bar ID #7002)
Aubrie L. Kent (Admitted *Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
jmccall@ktmc.com
jdancona@ktmc.com
nhasiuk@ktmc.com
nsimon@ktmc.com
fshawa@ktmc.com
akent@ktmc.com

*Counsel for Lead Plaintiff SEB Funds AB*
*and Lead Counsel for the Class*

*/s/ Sara Carnahan*

Kevin M. Coen (DE Bar ID #4775)
Sara Carnahan (DE Bar ID #7175)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
kcoen@morrisnichols.com
scarnahan@morrisnichols.com

**ALSTON & BIRD**
Robert R. Long (Admitted *Pro Hac Vice*)
Elizabeth Gingold Clark (Admitted *Pro Hac Vice)*
Timothy J. Fitzmaurice (Admitted *Pro Hac Vice*)
1201 W Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
robert.long@alston.com
elizabeth.clark@alston.com
tim.fitzmaurice@alston.com

*Counsel for Defendants*