## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE HUMANA INC. SECURITIES
LITIGATION

)
)
)

Case No. 1:24-CV-00655-JLH

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Sara Carnahan of MORRIS, NICHOLS, ARSHT &
TUNNELL LLP, 1201 North Market Street, Wilmington, DE 19801, hereby withdraws as counsel
for Defendants Humana Inc., Bruce D. Broussard, and Susan M. Diamond in this action.
Defendants Humana Inc., Bruce D. Broussard, and Susan M. Diamond will continue to be
represented by all other counsel of record.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| OF COUNSEL: | /s/ Sara Carnahan |
|  | Kevin M. Coen (#4775) |
| ALSTON & BIRD | Sara Carnahan (#7175) |
| Robert R. Long (Admitted *Pro Hac Vice*) | 1201 N. Market Street |
| Elizabeth Gingold Clark (Admitted *Pro Hac Vice*) | Wilmington, Delaware 19801 |
| Timothy J. Fitzmaurice (Admitted *Pro Hac Vice*) | (302) 658-9200 |
| 1201 W Peachtree Street, Suite 4900 | kcoen@morrisnichols.com |
| Atlanta, GA 30309 | scarnahan@morrisnichols.com |
| robert.long@alston.com |  |
| elizabeth.clark@alston.com | *Attorneys for Defendants Humana* |
| tim.fitzmaurice@alston.com | *Inc., Bruce D. Boussard and Susan M.* |
|  | *Diamond* |

June 4, 2026