# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

_____

(302) 658-3989 FAX

Kevin M. Coen
(302) 351-9301
(302) 425-3097 FAX
kcoen@morrisnichols.com

June 8, 2026

***VIA ECF***

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

**Re:**  ***In re Humana Securities Litigation*, Case No. 1:24-cv-00655-JLH**

Dear Judge Hall:

I write jointly with counsel for Lead Plaintiff regarding the deadline to submit a protective order specifying terms and conditions for the disclosure of confidential information (the "Proposed Confidentiality Order") set forth in the Scheduling Order entered by the Court on May 28, 2026 (D.I. 79) (the "Scheduling Order"). Consistent with the Scheduling Order, the parties have conferred and attempted to reach an agreement on the Proposed Confidentiality Order in effort to meet today's deadline. The parties have made meaningful progress but require additional time to finalize certain issues.

In the interest of minimizing disputes which would require the Court's attention, the parties respectfully request they be permitted a brief extension to submit the Proposed Confidentiality Order by Friday, June 12, 2026.

Counsel is available should the Court have any questions.

We thank the Court for its attention to this matter.

Respectfully submitted,

1

**MORRIS, NICHOLS, ARSHT
& TUNNELL LLP**

 /s/ Kevin M. Coen
Kevin M. Coen (DE Bar ID #4775)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
kcoen@morrisnichols.com

Robert R. Long (*pro hac vice*)
Elizabeth Gingold Clark (*pro hac vice*)
Timothy J. Fitzmaurice (*pro hac vice*)
**ALSTON & BIRD**
1201 W Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
robert.long@alston.com
elizabeth.clark@alston.com
tim.fitzmaurice@alston.com

*Counsel for Defendants*

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

 /s/ Anthony M. Calvano
Gregory V. Varallo (DE Bar ID #2242)
Anthony M. Calvano (DE Bar ID #6265)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
Greg.Varallo@blbglaw.com
Anthony.Calvano@blbglaw.com

-and-

Robert F. Kravetz (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Robert.kravetz@blbglaw.com

*Liaison Counsel for Lead Plaintiff SEB
Funds AB*

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Jamie M. McCall (*pro hac vice*)
Joshua E. D'Ancona (*pro hac vice*)
Nathan A. Hasiuk (*pro hac vice*)
Nathaniel C. Simon (*pro hac vice*)
Farai Vyamucharo-Shawa (DE Bar ID
#7002)
Aubrie L. Kent (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
jmccall@ktmc.com
jdancona@ktmc.com
nhasiuk@ktmc.com
nsimon@ktmc.com
fshawa@ktmc.com
akent@ktmc.com

*Counsel for Lead Plaintiff SEB Funds AB
and Lead Counsel for the Class*

2