**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **IN RE HUMANA INC. SECURITIES LITIGATION** | **Case No. 1:24-cv-00655-JHL** |

**DEFENDANTS' ANSWER TO PLAINTIFF'S CONSOLIDATED CLASS
ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**

Defendants Humana Inc. ("Humana"), Bruce D. Broussard ("Broussard"), and Susan M. Diamond ("Diamond," and together with Humana and Broussard, the "Defendants"), by their undersigned counsel, hereby file their Answer to Plaintiff's Consolidated Class Action Complaint for Violations of the Federal Securities Laws (D.I. #54) (the "CAC").[1]

1.      Defendants deny the allegations in Paragraph 1, except Defendants admit that Broussard served as Humana's Chief Executive Officer, that Diamond served as its Chief Financial Officer and that Plaintiff purports to bring this lawsuit as a class action against Defendants for alleged violations of certain federal securities laws.

2.      Defendants deny the allegations in Paragraph 2.

3.      Defendants deny the allegations in Paragraph 3, except Defendants refer to the documents and statements referenced in Paragraph 3 for their contents and Defendants deny any allegations in Paragraph 3 that are inconsistent therewith.

---

[1] Defendants deny that the headings in the CAC constitute allegations of fact that require a response, and, to the extent a response is required, they are denied.

4.      Defendants deny the allegations in Paragraph 4, except Defendants refer to the documents and statements referenced in Paragraph 4 for their contents and Defendants deny any allegations in Paragraph 4 that are inconsistent therewith.

5.      Defendants deny the allegations in Paragraph 5.

6.      Defendants deny the allegations in Paragraph 6.

7.      Defendants deny the allegations in Paragraph 7, except Defendants refer to the documents and statements referenced in Paragraph 7 for their contents and Defendants deny any allegations in Paragraph 7 that are inconsistent therewith.

8.      Defendants state that the allegations in Paragraph 8 do not accurately or completely describe Humana's business, and the allegations in Paragraph 8 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 8 for their contents and Defendants deny any allegations in Paragraph 8 that are inconsistent therewith.

9.      Defendants state that the allegations in Paragraph 9 do not accurately or completely describe Humana's business, and the allegations in Paragraph 9 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 9 for their contents and Defendants deny any allegations in Paragraph 9 that are inconsistent therewith.

10.     Defendants state that the allegations in Paragraph 10 do not accurately or completely describe Humana's business, and the allegations in Paragraph 10 purporting to describe that topic are denied on that basis.  Defendants deny the remaining allegations in Paragraph 10.

11.     Defendants state that the allegations in Paragraph 11 do not accurately or completely describe Humana's business or Medicare Advantage (as used herein, "Medicare

2

Advantage" refers to, *inter alia*, the operation and regulation of, as well as the market for, Medicare Advantage), and the allegations in Paragraph 11 purporting to describe those topics are denied on that basis. Defendants deny the remaining allegations in Paragraph 11.

12. Defendants state that the allegations in Paragraph 12 do not accurately or completely describe Humana's business or Medicare Advantage, and the allegations in Paragraph 12 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 12 for their contents and Defendants deny any allegations in Paragraph 12 that are inconsistent therewith.

13. Defendants deny the allegations in Paragraph 13, except Defendants refer to the documents and statements referenced in Paragraph 13 for their contents and Defendants deny any allegations in Paragraph 13 that are inconsistent therewith.

14. Defendants deny the allegations in Paragraph 14, except Defendants refer to the documents and statements referenced in Paragraph 14 for their contents and Defendants deny any allegations in Paragraph 14 that are inconsistent therewith.

15. Defendants deny the allegations in Paragraph 15, except Defendants refer to the documents and statements referenced in Paragraph 15 for their contents and Defendants deny any allegations in Paragraph 15 that are inconsistent therewith.

16. Defendants deny the allegations in Paragraph 16, except Defendants refer to the documents and statements referenced in Paragraph 16 for their contents and Defendants deny any allegations in Paragraph 16 that are inconsistent therewith.

17. Defendants deny the allegations in Paragraph 17.

18. Defendants deny the allegations in Paragraph 18.

19. Defendants deny the allegations in Paragraph 19.

20.    Defendants deny the allegations in Paragraph 20, except Defendants refer to the documents and statements referenced in Paragraph 20 for their contents and Defendants deny any allegations in Paragraph 20 that are inconsistent therewith.

21.    Defendants deny the allegations in Paragraph 21, except Defendants refer to the documents and statements referenced in Paragraph 21 for their contents and Defendants deny any remaining allegations in Paragraph 21 that are inconsistent therewith.

22.    Defendants deny the allegations in Paragraph 22, except Defendants refer to the documents and statements referenced in Paragraph 22 for their contents and Defendants deny any remaining allegations in Paragraph 22 that are inconsistent therewith.

23.    Defendants deny the allegations in Paragraph 23, except Defendants refer to the documents and statements referenced in Paragraph 23 for their contents and Defendants deny any allegations in Paragraph 23 that are inconsistent therewith.

24.    Defendants deny the allegations in Paragraph 24, except Defendants refer to the documents and statements referenced in Paragraph 24 for their contents and Defendants deny any allegations in Paragraph 24 that are inconsistent therewith.

25.    Defendants deny the allegations in Paragraph 25, except Defendants refer to the documents and statements referenced in Paragraph 25 for their contents and Defendants deny any allegations in Paragraph 25 that are inconsistent therewith.

26.    Defendants deny the allegations in Paragraph 26.

27.    Defendants deny the allegations in Paragraph 27, except Defendants refer to the documents and statements referenced in Paragraph 27 for their contents and Defendants deny any allegations in Paragraph 27 that are inconsistent therewith.

28.    Defendants deny the allegations in Paragraph 28.

29. Defendants admit the claims asserted in the CAC purport to arise under Sections 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§ 78j(b) and 78t(a), and the rules and regulations promulgated thereunder, including SEC Rule 10b-5, 17 C.F.R. § 240.10b-5.

30. Defendants admit that this Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 and Section 27 of the Exchange Act, except Defendants deny that Plaintiff has Article III standing to bring this action.

31. Defendants admit that venue is proper in this Court.

32. Defendants state that the allegations in Paragraph 32 purport to state legal conclusions or legal arguments as to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 32.

33. Defendants deny that Plaintiff purchased or otherwise acquired Humana securities during the Class Period, and Defendants further deny the remaining allegations in Paragraph 33 because they lack knowledge or information sufficient to admit or deny those allegations.

34. Defendants admit the allegations in Paragraph 34, except as to the address for Humana's principal executive offices, which are currently located at 101 E. Main Street, Louisville, Kentucky 40202.

35. Defendants refer to the documents and statements referenced in Paragraph 35 for their contents and Defendants deny any allegations in Paragraph 35 that are inconsistent therewith.

36. Defendants refer to the documents and statements referenced in Paragraph 36 for their contents and Defendants deny any allegations in Paragraph 36 that are inconsistent therewith.

37. Defendants admit the CAC collectively refers to Broussard and Diamond as the "Individual Defendants" and the CAC collectively refers to Humana, Broussard, and Diamond as the "Defendants."

38.    Defendants state that the allegations in Paragraph 38 purport to state legal conclusions or legal arguments as to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 38.

39.    Defendants deny the allegations in Paragraph 39 because they lack knowledge or information sufficient to admit or deny those allegations.

40.    Defendants deny the allegations in Paragraph 40 because they lack knowledge or information sufficient to admit or deny those allegations.

41.    Defendants deny the allegations in Paragraph 41 because they lack knowledge or information sufficient to admit or deny those allegations.

42.    Defendants deny the allegations in Paragraph 42 because they lack knowledge or information sufficient to admit or deny those allegations.

43.    Defendants deny the allegations in Paragraph 43 because they lack knowledge or information sufficient to admit or deny those allegations.

44.    Defendants deny the allegations in Paragraph 44 because they lack knowledge or information sufficient to admit or deny those allegations.

45.    Defendants deny the allegations in Paragraph 45 because they lack knowledge or information sufficient to admit or deny those allegations.

46.    Defendants deny the allegations in Paragraph 46 because they lack knowledge or information sufficient to admit or deny those allegations.

47.    Defendants deny the allegations in Paragraph 47 because they lack knowledge or information sufficient to admit or deny those allegations.

48.    Defendants deny the allegations in Paragraph 48 because they lack knowledge or information sufficient to admit or deny those allegations.

49. Defendants deny the allegations in Paragraph 49 because they lack knowledge or information sufficient to admit or deny those allegations.

50. Defendants deny the allegations in Paragraph 50 because they lack knowledge or information sufficient to admit or deny those allegations.

51. Defendants deny the allegations in Paragraph 51 because they lack knowledge or information sufficient to admit or deny those allegations.

52. Defendants deny the allegations in Paragraph 52 because they lack knowledge or information sufficient to admit or deny those allegations.

53. Defendants deny the allegations in Paragraph 53 because they lack knowledge or information sufficient to admit or deny those allegations.

54. Defendants deny the allegations in Paragraph 54 because they lack knowledge or information sufficient to admit or deny those allegations.

55. Defendants deny the allegations in Paragraph 55 because they lack knowledge or information sufficient to admit or deny those allegations.

56. Defendants deny the allegations in Paragraph 56 because they lack knowledge or information sufficient to admit or deny those allegations.

57. Defendants deny the allegations in Paragraph 57 because they lack knowledge or information sufficient to admit or deny those allegations.

58. Defendants deny the allegations in Paragraph 58 because they lack knowledge or information sufficient to admit or deny those allegations.

59. Defendants deny the allegations in Paragraph 59 because they lack knowledge or information sufficient to admit or deny those allegations.

60.    Defendants deny the allegations in Paragraph 60 because they lack knowledge or information sufficient to admit or deny those allegations.

61.    Defendants state that the allegations in Paragraph 61 do not accurately or completely describe Humana's business, and the allegations in Paragraph 61 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 61 for their contents and Defendants deny any allegations in Paragraph 61 that are inconsistent therewith, except Defendants admit Humana was founded in 1961.

62.    Defendants state that the allegations in Paragraph 62 do not accurately or completely describe Humana's business, and the allegations in Paragraph 62 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 62 for their contents and Defendants deny any allegations in Paragraph 62 that are inconsistent therewith.

63.    Defendants state that the allegations in Paragraph 63 do not accurately or completely describe Humana's business and government sponsored-healthcare programs, and the allegations in Paragraph 63 purporting to describe those topics are denied on that basis.  Defendants deny the remaining allegations in Paragraph 63.

64.    Defendants state that the allegations in Paragraph 64 do not accurately or completely describe Humana's business, and the allegations in Paragraph 64 purporting to describe that topic are denied on that basis.  Defendants deny the remaining allegations in Paragraph 64.

65.    Defendants state that the allegations in Paragraph 65 do not accurately or completely describe Humana's business, and the allegations in Paragraph 65 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements

referenced in Paragraph 65 for their contents and Defendants deny any allegations in Paragraph 65 that are inconsistent therewith.

66.    Defendants state that the allegations in Paragraph 66 do not accurately or completely describe Humana's business and the allegations in Paragraph 66 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 66 for their contents and Defendants deny any allegations in Paragraph 66 that are inconsistent therewith.

67.    Defendants deny the allegations in Paragraph 67, except Defendants refer to the documents and statements referenced in Paragraph 67 for their contents and Defendants deny any allegations in Paragraph 67 that are inconsistent therewith.

68.    Defendants state that the allegations in Paragraph 68 do not accurately or completely describe Humana's business or Medicare Advantage, and the allegations in Paragraph 68 purporting to describe those topics are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 68 for their contents and Defendants deny any allegations in Paragraph 68 that are inconsistent therewith.

69.    Defendants deny the allegations in Paragraph 69, except Defendants refer to the documents and statements referenced in Paragraph 69 for their contents and Defendants deny any allegations in Paragraph 69 that are inconsistent therewith.

70.    Defendants state that the allegations in Paragraph 70 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 70 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 70.

71.     Defendants state that the allegations in Paragraph 71 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 71 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 71.

72.     Defendants state that the allegations in Paragraph 72 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 72 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 72.

73.     Defendants state that the allegations in Paragraph 73 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 73 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 73.

74.     Defendants state that the allegations in Paragraph 74 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 74 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 74.

75.     Defendants state that the allegations in Paragraph 75 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 75 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 75.

76.     Defendants state that the allegations in Paragraph 76 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 76 purporting to

describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 76.

77.    Defendants state that the allegations in Paragraph 77 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 77 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 77.

78.    Defendants state that the allegations in Paragraph 78 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 78 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 78.

79.    Defendants state that the allegations in Paragraph 79 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 79 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 79.

80.    Defendants state that the allegations in Paragraph 80 do not accurately or completely describe Humana's business, and the allegations in Paragraph 80 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 80 for their contents and Defendants deny any allegations in Paragraph 80 that are inconsistent therewith.

81.    Defendants state that the allegations in Paragraph 81 do not accurately or completely describe Humana's business, and the allegations in Paragraph 81 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements

11

referenced in Paragraph 81 for their contents and Defendants deny any allegations in Paragraph 81 that are inconsistent therewith.

82.    Defendants state that the allegations in Paragraph 82 do not accurately or completely describe Humana's business, and the allegations in Paragraph 82 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 82 for their contents and Defendants deny any allegations in Paragraph 82 that are inconsistent therewith.

83.    Defendants state that the allegations in Paragraph 83 do not accurately or completely describe Humana's business, and the allegations in Paragraph 83 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 83 for their contents and Defendants deny any allegations in Paragraph 83 that are inconsistent therewith.

84.    Defendants state that the allegations in Paragraph 84 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 84 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 84 for their contents and Defendants deny any allegations in Paragraph 84 that are inconsistent therewith.

85.    Defendants state that the allegations in Paragraph 85 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 85 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 85.

86.    Defendants state that the allegations in Paragraph 86 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 86 purporting to

describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 86.

87.    Defendants state that the allegations in Paragraph 87 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 87 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 87.

88.    Defendants state that the allegations in Paragraph 88 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 88 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 88.

89.    Defendants deny the allegations in Paragraph 89, except Defendants refer to the documents and statements referenced in Paragraph 89 for their contents and Defendants deny any allegations in Paragraph 89 that are inconsistent therewith.

90.    Defendants state that the allegations in Paragraph 90 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 90 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 90 for their contents and Defendants deny any allegations in Paragraph 90 that are inconsistent therewith.

91.    Defendants state that the allegations in Paragraph 91 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 91 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 91 for their contents and Defendants deny any allegations in Paragraph 91 that are inconsistent therewith.

92.    Defendants state that the allegations in Paragraph 92 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 92 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 92.

93.    Defendants state that the allegations in Paragraph 93 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 93 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 93.

94.    Defendants state that the allegations in Paragraph 94 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 94 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 94.

95.    Defendants state that the allegations in Paragraph 95 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 95 purporting to describe that topic are denied on that basis. Defendants deny the remaining allegations in Paragraph 95.

96.    Defendants state that the allegations in Paragraph 96 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 96 purporting to describe those topics are denied on that basis. Defendants deny the remaining allegations in Paragraph 96.

97.    Defendants state that the allegations in Paragraph 97 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 97 purporting to

describe those topics are denied on that basis. Defendants deny the remaining allegations in Paragraph 97.

98.     Defendants state that the allegations in Paragraph 98 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 98 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 98 for their contents and Defendants deny any allegations in Paragraph 98 that are inconsistent therewith.

99.     Defendants state that the allegations in Paragraph 99 do not accurately or completely describe Medicare Advantage, and the allegations in Paragraph 99 purporting to describe that topic are denied on that basis, except Defendants refer to the documents and statements referenced in Paragraph 99 for their contents and Defendants deny any allegations in Paragraph 99 that are inconsistent therewith.

100.    Defendants state that the allegations in Paragraph 100 do not accurately or completely describe the COVID-19 pandemic or the impact of the COVID-19 pandemic on the healthcare system, and the allegations in Paragraph 100 purporting to describe those topics are denied on that basis. Defendants deny the remaining allegations in Paragraph 100.

101.    Defendants state that the allegations in Paragraph 101 do not accurately or completely describe the COVID-19 pandemic, the impact of the COVID 19- pandemic on the healthcare system, or Medicare Advantage, and the allegations in Paragraph 101 purporting to describe those topics are denied on that basis. Defendants deny the remaining allegations in Paragraph 101.

102.    Defendants state that the allegations in Paragraph 102 do not accurately or completely describe the COVID-19 pandemic, the impact of the COVID-19 pandemic on the

healthcare system, Medicare Advantage, or Humana's business, and the allegations in Paragraph 102 purporting to describe those topics are denied on that basis.

103.    Defendants state that the allegations in Paragraph 103 do not accurately or completely describe the COVID-19 pandemic, the impact of the COVID 19- pandemic on the healthcare system, Medicare Advantage, or Humana's business, and the allegations in Paragraph 103 purporting to describe those topics are denied on that basis.

104.    Defendants deny the allegations in Paragraph 104, except Defendants refer to the documents and statements referenced in Paragraph 104 for their contents and Defendants deny any allegations in Paragraph 104 that are inconsistent therewith.

105.    Defendants deny the allegations in Paragraph 105, except Defendants refer to the documents and statements referenced in Paragraph 105 for their contents and Defendants deny any allegations in Paragraph 105 that are inconsistent therewith.

106.    Defendants deny the allegations in Paragraph 106, except Defendants refer to the documents and statements referenced in Paragraph 106 for their contents and Defendants deny any allegations in Paragraph 106 that are inconsistent therewith.

107.    Defendants deny the allegations in Paragraph 107, except Defendants refer to the documents and statements referenced in Paragraph 107 for their contents and Defendants deny any allegations in Paragraph 107 that are inconsistent therewith.

108.    Defendants deny the allegations in Paragraph 108, except Defendants refer to the documents and statements referenced in Paragraph 108 for their contents and Defendants deny any allegations in Paragraph 108 that are inconsistent therewith.

109.    Defendants state that the allegations in Paragraph 109 do not accurately or completely describe Humana's business, and the allegations in Paragraph 109 purporting to describe that topic are denied on that basis.

110.    Defendants deny the allegations in Paragraph 110, except Defendants refer to the documents and statements referenced in Paragraph 110 for their contents and Defendants deny any allegations in Paragraph 110 that are inconsistent therewith.

111.    Defendants deny the allegations in Paragraph 111, except Defendants refer to the documents and statements referenced in Paragraph 111 for their contents and Defendants deny any allegations in Paragraph 111 that are inconsistent therewith.

112.    Defendants deny the allegations in Paragraph 112, except Defendants refer to the documents and statements referenced in Paragraph 112 for their contents and Defendants deny any allegations in Paragraph 112 that are inconsistent therewith.

113.    Defendants deny the allegations in Paragraph 113, except Defendants refer to the documents and statements referenced in Paragraph 113 for their contents and Defendants deny any allegations in Paragraph 113 that are inconsistent therewith.

114.    Defendants deny the allegations in Paragraph 114, except Defendants refer to the documents and statements referenced in Paragraph 114 for their contents and Defendants deny any allegations in Paragraph 114 that are inconsistent therewith.

115.    Defendants deny the allegations in Paragraph 115.

116.    Defendants deny the allegations in Paragraph 116 because they lack knowledge or information sufficient to admit or deny those allegations.

117.    Defendants deny the allegations in Paragraph 117 because they lack knowledge or information sufficient to admit or deny those allegations.

118.    Defendants deny the allegations in Paragraph 118 because they lack knowledge or information sufficient to admit or deny those allegations.

119.    Defendants deny the allegations in Paragraph 119 because they lack knowledge or information sufficient to admit or deny those allegations.

120.    Defendants deny the allegations in Paragraph 120 because they lack knowledge or information sufficient to admit or deny those allegations.

121.    Defendants deny the allegations in Paragraph 121 because they lack knowledge or information sufficient to admit or deny those allegations.

122.    Defendants deny the allegations in Paragraph 122 because they lack knowledge or information sufficient to admit or deny those allegations.

123.    Defendants deny the allegations in Paragraph 123 because they lack knowledge or information sufficient to admit or deny those allegations.

124.    Defendants deny the allegations in Paragraph 124 because they lack knowledge or information sufficient to admit or deny those allegations.

125.    Defendants deny the allegations in Paragraph 125 because they lack knowledge or information sufficient to admit or deny those allegations.

126.    Defendants deny the allegations in Paragraph 126 because they lack knowledge or information sufficient to admit or deny those allegations.

127.    Defendants deny the allegations in Paragraph 127 because they lack knowledge or information sufficient to admit or deny those allegations.

128.    Defendants deny the allegations in Paragraph 128 because they lack knowledge or information sufficient to admit or deny those allegations.

129.    Defendants deny the allegations in Paragraph 129 because they lack knowledge or information sufficient to admit or deny those allegations.

130.    Defendants deny the allegations in Paragraph 130 because they lack knowledge or information sufficient to admit or deny those allegations.

131.    Defendants deny the allegations in Paragraph 131 because they lack knowledge or information sufficient to admit or deny those allegations.

132.    Defendants deny the allegations in Paragraph 132 because they lack knowledge or information sufficient to admit or deny those allegations.

133.    Defendants deny the allegations in Paragraph 133 because they lack knowledge or information sufficient to admit or deny those allegations.

134.    Defendants deny the allegations in Paragraph 134.

135.    Defendants deny the allegations in Paragraph 135, except Defendants refer to the documents and statements referenced in Paragraph 135 for their contents and Defendants deny any allegations in Paragraph 135 that are inconsistent therewith.

136.    Defendants deny the allegations in Paragraph 136.

137.    Defendants deny the allegations in Paragraph 137 because they lack knowledge or information sufficient to admit or deny those allegations.

138.    Defendants deny the allegations in Paragraph 138 because they lack knowledge or information sufficient to admit or deny those allegations.

139.    Defendants deny the allegations in Paragraph 139 because they lack knowledge or information sufficient to admit or deny those allegations.

140.    Defendants state that the allegations in Paragraph 140 do not accurately or completely describe Medicare Advantage and the allegations in Paragraph 140 purporting to

describe that topic are denied on that basis.  Defendants further deny the remaining allegations in Paragraph 140 because they lack knowledge or information sufficient to admit or deny those allegations.

141.    Defendants deny the allegations of Paragraph 141 because they lack knowledge or information sufficient to admit or deny those allegations.

142.    Defendants deny the allegations in Paragraph 142.

143.    Defendants deny the allegations in Paragraph 143.

144.    Defendants deny the allegations in Paragraph 144.

145.    Defendants deny the allegations in Paragraph 145.

146.    Defendants deny the allegations in Paragraph 146 because they lack knowledge or information sufficient to admit or deny those allegations.

147.    Defendants deny the allegations in Paragraph 147 because they lack knowledge or information sufficient to admit or deny those allegations.

148.    Defendants deny the allegations in Paragraph 148 because they lack knowledge or information sufficient to admit or deny those allegations.

149.    Defendants deny the allegations in Paragraph 149 because they lack knowledge or information sufficient to admit or deny those allegations.

150.    Defendants deny the allegations in Paragraph 150 because they lack knowledge or information sufficient to admit or deny those allegations.

151.    Defendants deny the allegations in Paragraph 151 because they lack knowledge or information sufficient to admit or deny those allegations.

152.    Defendants deny the allegations in Paragraph 152 because they lack knowledge or information sufficient to admit or deny those allegations, except Defendants refer to the documents

and statements referenced in Paragraph 152 for their contents and Defendants deny any allegations in Paragraph 152 that are inconsistent therewith.

153.    Defendants deny the allegations in Paragraph 153 because they lack knowledge or information sufficient to admit or deny those allegations.

154.    Defendants deny the allegations in Paragraph 154 because they lack knowledge or information sufficient to admit or deny those allegations.

155.    Defendants deny the allegations in Paragraph 155 because they lack knowledge or information sufficient to admit or deny those allegations.

156.    Defendants deny the allegations in Paragraph 156 because they lack knowledge or information sufficient to admit or deny those allegations.

157.    Defendants deny the allegations in Paragraph 157 because they lack knowledge or information sufficient to admit or deny those allegations.

158.    Defendants deny the allegations in Paragraph 158 because they lack knowledge or information sufficient to admit or deny those allegations.

159.    Defendants deny the allegations in Paragraph 159 because they lack knowledge or information sufficient to admit or deny those allegations.

160.    Defendants deny the allegations in Paragraph 160 because they lack knowledge or information sufficient to admit or deny those allegations.

161.    Defendants deny the allegations in Paragraph 161 because they lack knowledge or information sufficient to admit or deny those allegations.

162.    Defendants deny the allegations in Paragraph 162 because they lack knowledge or information sufficient to admit or deny those allegations.

163.    Defendants deny the allegations in Paragraph 163 because they lack knowledge or information sufficient to admit or deny those allegations.

164.    Defendants deny the allegations in Paragraph 164 because they lack knowledge or information sufficient to admit or deny those allegations.

165.    Defendants deny the allegations in Paragraph 165 because they lack knowledge or information sufficient to admit or deny those allegations.

166.    Defendants deny the allegations in Paragraph 166 because they lack knowledge or information sufficient to admit or deny those allegations.

167.    Defendants deny the allegations in Paragraph 167 because they lack knowledge or information sufficient to admit or deny those allegations.

168.    Defendants deny the allegations in Paragraph 168 because they lack knowledge or information sufficient to admit or deny those allegations.

169.    Defendants deny the allegations in Paragraph 169.

170.    Defendants deny the allegations in Paragraph 170.

171.    Defendants deny the allegations in Paragraph 171 because they lack knowledge or information sufficient to admit or deny those allegations.

172.    Defendants deny the allegations in Paragraph 172 because they lack knowledge or information sufficient to admit or deny those allegations.

173.    Defendants deny the allegations in Paragraph 173 because they lack knowledge or information sufficient to admit or deny those allegations.

174.    Defendants deny the allegations in Paragraph 174 because they lack knowledge or information sufficient to admit or deny those allegations.

175. Defendants deny the allegations in Paragraph 175 because they lack knowledge or information sufficient to admit or deny those allegations.

176. Defendants deny the allegations in Paragraph 176 because they lack knowledge or information sufficient to admit or deny those allegations.

177. Defendants deny the allegations in Paragraph 177 because they lack knowledge or information sufficient to admit or deny those allegations.

178. Defendants deny the allegations in Paragraph 178 because they lack knowledge or information sufficient to admit or deny those allegations.

179. Defendants deny the allegations in Paragraph 179 because they lack knowledge or information sufficient to admit or deny those allegations.

180. Defendants deny the allegations in Paragraph 180 because they lack knowledge or information sufficient to admit or deny those allegations.

181. Defendants deny the allegations in Paragraph 181 because they lack knowledge or information sufficient to admit or deny those allegations.

182. Defendants deny the allegations in Paragraph 182 because they lack knowledge or information sufficient to admit or deny those allegations.

183. Defendants deny the allegations in Paragraph 183 because they lack knowledge or information sufficient to admit or deny those allegations.

184. Defendants deny the allegations in Paragraph 184 because they lack knowledge or information sufficient to admit or deny those allegations.

185. Defendants deny the allegations in Paragraph 185 because they lack knowledge or information sufficient to admit or deny those allegations.

186.    Defendants deny the allegations in Paragraph 186 because they lack knowledge or information sufficient to admit or deny those allegations.

187.    Defendants deny the allegations in Paragraph 187 because they lack knowledge or information sufficient to admit or deny those allegations, except Defendants refer to the documents and statements referenced in Paragraph 187 for their contents and Defendants deny any allegations in Paragraph 187 that are inconsistent therewith.

188.    Defendants deny the allegations in Paragraph 188 because they lack knowledge or information sufficient to admit or deny those allegations.

189.    Defendants deny the allegations in Paragraph 189 because they lack knowledge or information sufficient to admit or deny those allegations.

190.    Defendants deny the allegations in Paragraph 190 because they lack knowledge or information sufficient to admit or deny those allegations.

191.    Defendants deny the allegations in Paragraph 191 because they lack knowledge or information sufficient to admit or deny those allegations.

192.    Defendants deny the allegations in Paragraph 192 because they lack knowledge or information sufficient to admit or deny those allegations.

193.    Defendants deny the allegations in Paragraph 193 because they lack knowledge or information sufficient to admit or deny those allegations.

194.    Defendants deny the allegations in Paragraph 194 because they lack knowledge or information sufficient to admit or deny those allegations.

195.    Defendants deny the allegations in Paragraph 195 because they lack knowledge or information sufficient to admit or deny those allegations.

196.    Defendants deny the allegations in Paragraph 196.

197.    Defendants deny the allegations in Paragraph 197 because they lack knowledge or information sufficient to admit or deny those allegations.

198.    Defendants deny the allegations in Paragraph 198 because they lack knowledge or information sufficient to admit or deny those allegations.

199.    Defendants deny the allegations in Paragraph 199 because they lack knowledge or information sufficient to admit or deny those allegations.

200.    Defendants deny the allegations in Paragraph 200 because they lack knowledge or information sufficient to admit or deny those allegations.

201.    Defendants deny the allegations in Paragraph 201 because they lack knowledge or information sufficient to admit or deny those allegations.

202.    Defendants deny the allegations in Paragraph 202 because they lack knowledge or information sufficient to admit or deny those allegations.

203.    Defendants deny the allegations in Paragraph 203 because they lack knowledge or information sufficient to admit or deny those allegations.

204.    Defendants deny the allegations in Paragraph 204 because they lack knowledge or information sufficient to admit or deny those allegations.

205.    Defendants deny the allegations in Paragraph 205 because they lack knowledge or information sufficient to admit or deny those allegations.

206.    Defendants deny the allegations in Paragraph 206 because they lack knowledge or information sufficient to admit or deny those allegations.

207.    Defendants deny the allegations in Paragraph 207 because they lack knowledge or information sufficient to admit or deny those allegations.

208.    Defendants deny the allegations in Paragraph 208 because they lack knowledge or information sufficient to admit or deny those allegations.

209.    Defendants deny the allegations in Paragraph 209 because they lack knowledge or information sufficient to admit or deny those allegations.

210.    Defendants deny the allegations in Paragraph 210 because they lack knowledge or information sufficient to admit or deny those allegations.

211.    Defendants deny the allegations in Paragraph 211 because they lack knowledge or information sufficient to admit or deny those allegations.

212.    Defendants deny the allegations in Paragraph 212 because they lack knowledge or information sufficient to admit or deny those allegations.

213.    Defendants deny the allegation in Paragraph 213.

214.    Defendants deny the allegation in Paragraph 214.

215.    Defendants deny the allegations in Paragraph 215, except Defendants refer to the documents and statements referenced in Paragraph 215 for their contents and Defendants deny any allegations in Paragraph 215 that are inconsistent therewith.

216.    Defendants deny the allegations in Paragraph 216 because they lack knowledge or information sufficient to admit or deny those allegations.

217.    Defendants deny the allegations in Paragraph 217 because they lack knowledge or information sufficient to admit or deny those allegations.

218.    Defendants deny the allegations in Paragraph 218 because they lack knowledge or information sufficient to admit or deny those allegations.

219.    Defendants deny the allegations in Paragraph 219 because they lack knowledge or information sufficient to admit or deny those allegations.

220. Defendants deny the allegations in Paragraph 220 because they lack knowledge or information sufficient to admit or deny those allegations.

221. Defendants deny the allegations in Paragraph 221 because they lack knowledge or information sufficient to admit or deny those allegations.

222. Defendants deny the allegations in Paragraph 222 because they lack knowledge or information sufficient to admit or deny those allegations.

223. Defendants deny the allegations in Paragraph 223 because they lack knowledge or information sufficient to admit or deny those allegations.

224. Defendants deny the allegations in Paragraph 224 because they lack knowledge or information sufficient to admit or deny those allegations.

225. Defendants deny the allegations in Paragraph 225 because they lack knowledge or information sufficient to admit or deny those allegations.

226. Defendants deny the allegations in Paragraph 226 because they lack knowledge or information sufficient to admit or deny those allegations.

227. Defendants deny the allegations in Paragraph 227 because they lack knowledge or information sufficient to admit or deny those allegations.

228. Defendants deny the allegations in Paragraph 228 because they lack knowledge or information sufficient to admit or deny those allegations.

229. Defendants deny the allegations in Paragraph 229 because they lack knowledge or information sufficient to admit or deny those allegations.

230. Defendants deny the allegations in Paragraph 230 because they lack knowledge or information sufficient to admit or deny those allegations.

231.    Defendants deny the allegations in Paragraph 231 because they lack knowledge or information sufficient to admit or deny those allegations.

232.    Defendants deny the allegations in Paragraph 232 because they lack knowledge or information sufficient to admit or deny those allegations.

233.    Defendants deny the allegations in Paragraph 233 because they lack knowledge or information sufficient to admit or deny those allegations.

234.    Defendants deny the allegations in Paragraph 234 because they lack knowledge or information sufficient to admit or deny those allegations.

235.    Defendants deny the allegations in Paragraph 235 because they lack knowledge or information sufficient to admit or deny those allegations.

236.    Defendants deny the allegations in Paragraph 236 because they lack knowledge or information sufficient to admit or deny those allegations.

237.    Defendants deny the allegations in Paragraph 237 because they lack knowledge or information sufficient to admit or deny those allegations.

238.    Defendants deny the allegations in Paragraph 238 because they lack knowledge or information sufficient to admit or deny those allegations.

239.    Defendants deny the allegations in Paragraph 239 because they lack knowledge or information sufficient to admit or deny those allegations.

240.    Defendants deny the allegations in Paragraph 240 because they lack knowledge or information sufficient to admit or deny those allegations.

241.    Defendants deny the allegations in Paragraph 241 because they lack knowledge or information sufficient to admit or deny those allegations.

242.    Defendants deny the allegations in Paragraph 242 because they lack knowledge or information sufficient to admit or deny those allegations.

243.    Defendants deny the allegations in Paragraph 243 because they lack knowledge or information sufficient to admit or deny those allegations.

244.    Defendants deny the allegations in Paragraph 244 because they lack knowledge or information sufficient to admit or deny those allegations.

245.    Defendants deny the allegations in Paragraph 245 because they lack knowledge or information sufficient to admit or deny those allegations.

246.    Defendants deny the allegations in Paragraph 246 because they lack knowledge or information sufficient to admit or deny those allegations.

247.    Defendants deny the allegations in Paragraph 247 because they lack knowledge or information sufficient to admit or deny those allegations.

248.    Defendants deny the allegations in Paragraph 248 because they lack knowledge or information sufficient to admit or deny those allegations.

249.    Defendants deny the allegations in Paragraph 249 because they lack knowledge or information sufficient to admit or deny those allegations.

250.    Defendants deny the allegations in Paragraph 250 because they lack knowledge or information sufficient to admit or deny those allegations.

251.    Defendants deny the allegations in Paragraph 251 because they lack knowledge or information sufficient to admit or deny those allegations.

252.    Defendants deny the allegations in Paragraph 252 because they lack knowledge or information sufficient to admit or deny those allegations.

253.    Defendants deny the allegations in Paragraph 253 because they lack knowledge or information sufficient to admit or deny those allegations, except Defendants refer to the documents and statements referenced in Paragraph 253 for their contents and Defendants deny any allegations in Paragraph 253 that are inconsistent therewith.

254.    Defendants deny the allegations in Paragraph 254 because they lack knowledge or information sufficient to admit or deny those allegations.

255.    Defendants deny the allegations in Paragraph 255 because they lack knowledge or information sufficient to admit or deny those allegations.

256.    Defendants deny the allegations in Paragraph 256 because they lack knowledge or information sufficient to admit or deny those allegations.

257.    Defendants deny the allegations in Paragraph 257.

258.    Defendants deny the allegations in Paragraph 258, except Defendants refer to the documents and statements referenced in Paragraph 258 for their contents and Defendants deny any allegations in Paragraph 258 that are inconsistent therewith.

259.    Defendants deny the allegations in Paragraph 259, except Defendants refer to the documents and statements referenced in Paragraph 259 for their contents and Defendants deny any allegations in Paragraph 259 that are inconsistent therewith.

260.    Defendants deny the allegations in Paragraph 260, except Defendants refer to the documents and statements referenced in Paragraph 260 for their contents and Defendants deny any allegations in Paragraph 260 that are inconsistent therewith.

261.    Defendants deny the allegations in Paragraph 261, except Defendants refer to the documents and statements referenced in Paragraph 261 for their contents and Defendants deny any allegations in Paragraph 261 that are inconsistent therewith.

262.    Defendants deny the allegations in Paragraph 262, except Defendants refer to the documents and statements referenced in Paragraph 262 for their contents and Defendants deny any allegations in Paragraph 262 that are inconsistent therewith.

263.    Defendants deny the allegations in Paragraph 263, except Defendants refer to the documents and statements referenced in Paragraph 263 for their contents and Defendants deny any allegations in Paragraph 263 that are inconsistent therewith.

264.    Defendants deny the allegations in Paragraph 264, except Defendants refer to the documents and statements referenced in Paragraph 264 for their contents and Defendants deny any allegations in Paragraph 264 that are inconsistent therewith.

265.    Defendants deny the allegations in Paragraph 265, except Defendants refer to the documents and statements referenced in Paragraph 265 for their contents and Defendants deny any allegations in Paragraph 265 that are inconsistent therewith.

266.    Defendants deny the allegations in Paragraph 266, except Defendants refer to the documents and statements referenced in Paragraph 266 for their contents and Defendants deny any allegations in Paragraph 266 that are inconsistent therewith.

267.    Defendants deny the allegations in Paragraph 267, except Defendants refer to the documents and statements referenced in Paragraph 267 for their contents and Defendants deny any allegations in Paragraph 267 that are inconsistent therewith.

268.    Defendants deny the allegations in Paragraph 268, except Defendants refer to the documents and statements referenced in Paragraph 268 for their contents and Defendants deny any allegations in Paragraph 268 that are inconsistent therewith.

269.    Defendants deny the allegations in Paragraph 269, except Defendants refer to the documents and statements referenced in Paragraph 269 for their contents and Defendants deny any allegations in Paragraph 269 that are inconsistent therewith.

270.    Defendants deny the allegations in Paragraph 270, except Defendants refer to the documents and statements referenced in Paragraph 270 for their contents and Defendants deny any allegations in Paragraph 270 that are inconsistent therewith.

271.    Defendants deny the allegations in Paragraph 271, except Defendants refer to the documents and statements referenced in Paragraph 271 for their contents and Defendants deny any allegations in Paragraph 271 that are inconsistent therewith.

272.    Defendants deny the allegations in Paragraph 272, except Defendants refer to the documents and statements referenced in Paragraph 272 for their contents and Defendants deny any allegations in Paragraph 272 that are inconsistent therewith.

273.    Defendants deny the allegations in Paragraph 273, except Defendants refer to the documents and statements referenced in Paragraph 273 for their contents and Defendants deny any allegations in Paragraph 273 that are inconsistent therewith.

274.    Defendants deny the allegations in Paragraph 274, except Defendants refer to the documents and statements referenced in Paragraph 274 for their contents and Defendants deny any allegations in Paragraph 274 that are inconsistent therewith.

275.    Defendants deny the allegations in Paragraph 275, except Defendants refer to the documents and statements referenced in Paragraph 275 for their contents and Defendants deny any allegations in Paragraph 275 that are inconsistent therewith.

276.    Defendants deny the allegations in Paragraph 276, except Defendants refer to the documents and statements referenced in Paragraph 276 for their contents and Defendants deny any allegations in Paragraph 276 that are inconsistent therewith.

277.    Defendants deny the allegations in Paragraph 277, except Defendants refer to the documents and statements referenced in Paragraph 277 for their contents and Defendants deny any allegations in Paragraph 277 that are inconsistent therewith.

278.    Defendants deny the allegations in Paragraph 278, except Defendants refer to the documents and statements referenced in Paragraph 278 for their contents and Defendants deny any allegations in Paragraph 278 that are inconsistent therewith.

279.    Defendants deny the allegations in Paragraph 279, except Defendants refer to the documents and statements referenced in Paragraph 279 for their contents and Defendants deny any allegations in Paragraph 279 that are inconsistent therewith.

280.    Defendants deny the allegations in Paragraph 280, except Defendants refer to the documents and statements referenced in Paragraph 280 for their contents and Defendants deny any allegations in Paragraph 280 that are inconsistent therewith.

281.    Defendants deny the allegations in Paragraph 281.

282.    Defendants deny the allegations in Paragraph 282, except Defendants refer to the documents and statements referenced in Paragraph 282 for their contents and Defendants deny any allegations in Paragraph 282 that are inconsistent therewith.

283.    Defendants deny the allegations in Paragraph 283, except Defendants refer to the documents and statements referenced in Paragraph 283 for their contents and Defendants deny any allegations in Paragraph 283 that are inconsistent therewith.

284.    Defendants deny the allegations in Paragraph 284, except Defendants refer to the documents and statements referenced in Paragraph 284 for their contents and Defendants deny any allegations in Paragraph 284 that are inconsistent therewith.

285.    Defendants deny the allegations in Paragraph 285, except Defendants refer to the documents and statements referenced in Paragraph 285 for their contents and Defendants deny any allegations in Paragraph 285 that are inconsistent therewith.

286.    Defendants deny the allegations in Paragraph 286, except Defendants refer to the documents and statements referenced in Paragraph 286 for their contents and Defendants deny any allegations in Paragraph 286 that are inconsistent therewith.

287.    Defendants refer to the documents and statements referenced in Paragraph 287 for their contents and Defendants deny any allegations in Paragraph 287 that are inconsistent therewith.

288.    Defendants refer to the documents and statements referenced in Paragraph 288 for their contents and Defendants deny any allegations in Paragraph 288 that are inconsistent therewith.

289.    Defendants deny the allegations in Paragraph 289.

290.    Defendants deny the allegations in Paragraph 290, except Defendants refer to the documents and statements referenced in Paragraph 290 for their contents and Defendants deny any allegations in Paragraph 290 that are inconsistent therewith.

291.    Defendants deny the allegations in Paragraph 291, except Defendants refer to the documents and statements referenced in Paragraph 291 for their contents and Defendants deny any allegations in Paragraph 291 that are inconsistent therewith.

292.    Defendants deny the allegations in Paragraph 292, except Defendants refer to the documents and statements referenced in Paragraph 292 for their contents and Defendants deny any allegations in Paragraph 292 that are inconsistent therewith.

293.    Defendants deny the allegations in Paragraph 293, except Defendants refer to the documents and statements referenced in Paragraph 293 for their contents and Defendants deny any allegations in Paragraph 293 that are inconsistent therewith.

294.    Defendants deny the allegations in Paragraph 294, except Defendants refer to the documents and statements referenced in Paragraph 294 for their contents and Defendants deny any allegations in Paragraph 294 that are inconsistent therewith.

295.    Defendants deny the allegations in Paragraph 295.

296.    Defendants deny the allegations in Paragraph 296, except Defendants refer to the documents and statements referenced in Paragraph 296 for their contents and Defendants deny any allegations in Paragraph 296 that are inconsistent therewith.

297.    Defendants deny the allegations in Paragraph 297, except Defendants refer to the documents and statements referenced in Paragraph 297 for their contents and Defendants deny any allegations in Paragraph 297 that are inconsistent therewith.

298.    Defendants deny the allegations in Paragraph 298, except Defendants refer to the documents and statements referenced in Paragraph 298 for their contents and Defendants deny any allegations in Paragraph 298 that are inconsistent therewith.

299.    Defendants deny the allegations in Paragraph 299, except Defendants refer to the documents and statements referenced in Paragraph 299 for their contents and Defendants deny any allegations in Paragraph 299 that are inconsistent therewith.

300.    Defendants deny the allegations in Paragraph 300, except Defendants refer to the documents and statements referenced in Paragraph 300 for their contents and Defendants deny any allegations in Paragraph 300 that are inconsistent therewith.

301.    Defendants deny the allegations in Paragraph 301, except Defendants refer to the documents and statements referenced in Paragraph 301 for their contents and Defendants deny any allegations in Paragraph 301 that are inconsistent therewith.

302.    Defendants deny the allegations in Paragraph 302.

303.    Defendants deny the allegations in Paragraph 303.

304.    Defendants deny the allegations in Paragraph 304, except Defendants refer to the documents and statements referenced in Paragraph 304 for their contents and Defendants deny any allegations in Paragraph 304 that are inconsistent therewith.

305.    Defendants deny the allegations in Paragraph 305, except Defendants refer to the documents and statements referenced in Paragraph 305 for their contents and Defendants deny any allegations in Paragraph 305 that are inconsistent therewith.

306.    Defendants deny the allegations in Paragraph 306, except Defendants refer to the documents and statements referenced in Paragraph 306 for their contents and Defendants deny any allegations in Paragraph 306 that are inconsistent therewith.

307.    Defendants deny the allegations in Paragraph 307, except Defendants refer to the documents and statements referenced in Paragraph 307 for their contents and Defendants deny any allegations in Paragraph 307 that are inconsistent therewith.

308.    Defendants deny the allegations in Paragraph 308, except Defendants refer to the documents and statements referenced in Paragraph 308 for their contents and Defendants deny any allegations in Paragraph 308 that are inconsistent therewith.

309.    Defendants deny the allegations in Paragraph 309, except Defendants refer to the documents and statements referenced in Paragraph 309 for their contents and Defendants deny any allegations in Paragraph 309 that are inconsistent therewith.

310.    Defendants refer to the documents and statements referenced in Paragraph 310 for their contents and Defendants deny any allegations in Paragraph 310 that are inconsistent therewith.

311.    Defendants deny the allegations in Paragraph 311, except Defendants refer to the documents and statements referenced in Paragraph 311 for their contents and Defendants deny any allegations in Paragraph 311 that are inconsistent therewith.

312.    Defendants deny the allegations in Paragraph 312, except Defendants refer to the documents and statements referenced in Paragraph 312 for their contents and Defendants deny any allegations in Paragraph 312 that are inconsistent therewith.

313.    Defendants deny the allegations in Paragraph 313, except Defendants refer to the documents and statements referenced in Paragraph 313 for their contents and Defendants deny any allegations in Paragraph 313 that are inconsistent therewith.

314.    Defendants deny the allegations in Paragraph 314, except Defendants refer to the documents and statements referenced in Paragraph 314 for their contents and Defendants deny any allegations in Paragraph 314 that are inconsistent therewith.

315.    Defendants deny the allegations in Paragraph 315, except Defendants refer to the reports referenced in Paragraph 315 for their contents and Defendants deny any allegations in Paragraph 315 that are inconsistent therewith.

316.    Defendants deny the allegations in Paragraph 316, except Defendants refer to the documents and statements referenced in Paragraph 316 for their contents and Defendants deny any allegations in Paragraph 316 that are inconsistent therewith.

317.    Defendants deny the allegations in Paragraph 317, except Defendants refer to the documents and statements referenced in Paragraph 317 for their contents and Defendants deny any allegations in Paragraph 317 that are inconsistent therewith.

318.    Defendants deny the allegations in Paragraph 318.

319.    Defendants deny the allegations in Paragraph 319, except Defendants refer to the documents and statements referenced in Paragraph 319 for their contents and Defendants deny any allegations in Paragraph 319 that are inconsistent therewith.

320.    Defendants deny the allegations in Paragraph 320, except Defendants refer to the documents and statements referenced in Paragraph 320 for their contents and Defendants deny any allegations in Paragraph 320 that are inconsistent therewith.

321.    Defendants deny the allegations in Paragraph 321, except Defendants refer to the documents and statements referenced in Paragraph 321 for their contents and Defendants deny any allegations in Paragraph 321 that are inconsistent therewith.

322.    Defendants deny the allegations in Paragraph 322, except Defendants refer to the documents and statements referenced in Paragraph 322 for their contents and Defendants deny any allegations in Paragraph 322 that are inconsistent therewith.

323.    Defendants deny the allegations in Paragraph 323, except Defendants refer to the documents and statements referenced in Paragraph 323 for their contents and Defendants deny any allegations in Paragraph 323 that are inconsistent therewith.

324.     Defendants deny the allegations in Paragraph 324, except Defendants refer to the documents and statements referenced in Paragraph 324 for their contents and Defendants deny any allegations in Paragraph 324 that are inconsistent therewith.

325.     Defendants deny the allegations in Paragraph 325, except Defendants refer to the documents and statements referenced in Paragraph 325 for their contents and Defendants deny any allegations in Paragraph 325 that are inconsistent therewith.

326.     Defendants deny the allegations in Paragraph 326, except Defendants refer to the documents and statements referenced in Paragraph 326 for their contents and Defendants deny any allegations in Paragraph 326 that are inconsistent therewith.

327.     Defendants deny the allegations in Paragraph 327, except Defendants refer to the documents and statements referenced in Paragraph 327 for their contents and Defendants deny any allegations in Paragraph 327 that are inconsistent therewith.

328.     Defendants deny the allegations in Paragraph 328, except Defendants refer to the documents and statements referenced in Paragraph 328 for their contents and Defendants deny any allegations in Paragraph 328 that are inconsistent therewith.

329.     Defendants deny the allegations in Paragraph 329, except Defendants refer to the documents and statements referenced in Paragraph 329 for their contents and Defendants deny any allegations in Paragraph 329 that are inconsistent therewith.

330.     Defendants deny the allegations in Paragraph 330.

331.     Defendants deny the allegations in Paragraph 331, except Defendants refer to the documents and statements referenced in Paragraph 331 for their contents and Defendants deny any allegations in Paragraph 331 that are inconsistent therewith.

332.     Defendants deny the allegations in Paragraph 332.

333.    Defendants deny the allegations in Paragraph 333, except Defendants refer to the documents and statements referenced in Paragraph 333 for their contents and Defendants deny any allegations in Paragraph 333 that are inconsistent therewith.

334.    Defendants deny the allegations in Paragraph 334, except Defendants refer to the documents and statements referenced in Paragraph 334 for their contents and Defendants deny any allegations in Paragraph 334 that are inconsistent therewith.

335.    Defendants deny the allegations in Paragraph 335, except Defendants refer to the documents and statements referenced in Paragraph 335 for their contents and Defendants deny any allegations in Paragraph 335 that are inconsistent therewith.

336.    Defendants deny the allegations in Paragraph 336, except Defendants refer to the documents and statements referenced in Paragraph 336 for their contents and Defendants deny any allegations in Paragraph 336 that are inconsistent therewith.

337.    Defendants deny the allegations in Paragraph 337, except Defendants refer to the documents and statements referenced in Paragraph 337 for their contents and Defendants deny any allegations in Paragraph 337 that are inconsistent therewith.

338.    Defendants deny the allegations in Paragraph 338, except Defendants refer to the documents and statements referenced in Paragraph 338 for their contents and Defendants deny any allegations in Paragraph 338 that are inconsistent therewith.

339.    Defendants deny the allegations in Paragraph 339, except Defendants refer to the documents and statements referenced in Paragraph 339 for their contents and Defendants deny any allegations in Paragraph 339 that are inconsistent therewith.

340.    Defendants deny the allegations in Paragraph 340, except Defendants refer to the documents and statements referenced in Paragraph 340 for their contents and Defendants deny any allegations in Paragraph 340 that are inconsistent therewith.

341.    Defendants deny the allegations in Paragraph 341, except Defendants refer to the documents and statements referenced in Paragraph 341 for their contents and Defendants deny any allegations in Paragraph 341 that are inconsistent therewith.

342.    Defendants deny the allegations in Paragraph 342, except Defendants refer to the documents and statements referenced in Paragraph 342 for their contents and Defendants deny any allegations in Paragraph 342 that are inconsistent therewith.

343.    Defendants deny the allegations in Paragraph 343.

344.    Defendants deny the allegations in Paragraph 344, except Defendants refer to the documents and statements referenced in the allegations of Paragraph 344 for their contents and Defendants deny any allegations in Paragraph 344 that are inconsistent therewith.

345.    Defendants deny the allegations in Paragraph 345, except Defendants refer to the documents and statements referenced in Paragraph 345 for their contents and Defendants deny any allegations in Paragraph 345 that are inconsistent therewith.

346.    Defendants deny the allegations in Paragraph 346, except Defendants refer to the documents and statements referenced in Paragraph 346 for their contents and Defendants deny any allegations in Paragraph 346 that are inconsistent therewith.

347.    Defendants deny the allegations in Paragraph 347, except Defendants refer to the documents and statements referenced in Paragraph 347 for their contents and Defendants deny any allegations in Paragraph 347 that are inconsistent therewith.

348.    Defendants deny the allegations in Paragraph 348, except Defendants refer to the documents and statements referenced in Paragraph 348 for their contents and Defendants deny any allegations in Paragraph 348 that are inconsistent therewith.

349.    Defendants deny the allegations in Paragraph 349, except Defendants refer to the documents and statements referenced in Paragraph 349 for their contents and Defendants deny any allegations in Paragraph 349 that are inconsistent therewith.

350.    Defendants deny the allegations in Paragraph 350, except Defendants refer to the documents and statements referenced in Paragraph 350 for their contents and Defendants deny any allegations in Paragraph 350 that are inconsistent therewith.

351.    Defendants deny the allegations in Paragraph 351, except Defendants refer to the documents and statements referenced in Paragraph 351 for their contents and Defendants deny any allegations in Paragraph 351 that are inconsistent therewith.

352.    Defendants deny the allegations in Paragraph 352, except Defendants refer to the documents and statements referenced in Paragraph 352 for their contents and Defendants deny any allegations in Paragraph 352 that are inconsistent therewith.

353.    Defendants deny the allegations in Paragraph 353.

354.    Defendants deny the allegations in Paragraph 354, except Defendants refer to the documents and statements referenced in Paragraph 354 for their contents and Defendants deny any allegations in Paragraph 354 that are inconsistent therewith.

355.    Defendants deny the allegations in Paragraph 355, except Defendants refer to the documents and statements referenced in Paragraph 355 for their contents and Defendants deny any allegations in Paragraph 355 that are inconsistent therewith.

356.    Defendants deny the allegations in Paragraph 356, except Defendants refer to the documents and statements referenced in Paragraph 356 for their contents and Defendants deny any allegations in Paragraph 356 that are inconsistent therewith.

357.    Defendants deny the allegations in Paragraph 357.

358.    Defendants deny the allegations in Paragraph 358, except Defendants refer to the documents and statements referenced in Paragraph 358 for their contents and Defendants deny any allegations in Paragraph 358 that are inconsistent therewith.

359.    Defendants deny the allegations in Paragraph 359, except Defendants refer to the documents and statements referenced in Paragraph 359 for their contents and Defendants deny any remaining allegations in Paragraph 359 that are inconsistent therewith.

360.    Defendants deny the allegations in Paragraph 360, except Defendants refer to the documents and statements referenced in Paragraph 360 for their contents and Defendants deny any allegations in Paragraph 360 that are inconsistent therewith.

361.    Defendants deny the allegations in Paragraph 361.

362.    Defendants deny the allegations in Paragraph 362, except Defendants refer to the documents and statements referenced in Paragraph 362 for their contents and Defendants deny any allegations in Paragraph 362 that are inconsistent therewith.

363.    Defendants deny the allegations in Paragraph 363, except Defendants refer to the documents and statements referenced in Paragraph 363 for their contents and Defendants deny any allegations in Paragraph 363 that are inconsistent therewith.

364.    Defendants deny the allegations in Paragraph 364, except Defendants refer to the documents and statements referenced in Paragraph 364 for their contents and Defendants deny any allegations in Paragraph 364 that are inconsistent therewith.

365.    Defendants deny the allegations in Paragraph 365, except Defendants refer to the documents and statements referenced in Paragraph 365 for their contents and Defendants deny any allegations in Paragraph 365 that are inconsistent therewith.

366.    Defendants deny the allegations in Paragraph 366, except Defendants refer to the documents and statements referenced in Paragraph 366 for their contents and Defendants deny any allegations in Paragraph 366 that are inconsistent therewith.

367.    Defendants refer to the documents and statements referenced in Paragraph 367 for their contents and Defendants deny any allegations in Paragraph 367 that are inconsistent therewith.

368.    Defendants deny the allegations in Paragraph 368, except Defendants refer to the documents and statements referenced in Paragraph 368 for their contents and Defendants deny any allegations in Paragraph 368 that are inconsistent therewith.

369.    Defendants deny the allegations in Paragraph 369, except Defendants refer to the documents and statements referenced in Paragraph 369 for their contents and Defendants deny any allegations in Paragraph 369 that are inconsistent therewith.

370.    Defendants deny the allegations in Paragraph 370, except Defendants refer to the documents and statements referenced in Paragraph 370 for their contents and Defendants deny any allegations in Paragraph 370 that are inconsistent therewith.

371.    Defendants state that the allegations in Paragraph 371 do not accurately or completely describe Humana's business or Medicare Advantage, and the allegations in Paragraph 371 purporting to describe that topic are denied on that basis.  Defendants deny the remaining allegations in Paragraph 371.

372.    Defendants deny the allegations in Paragraph 372, except Defendants refer to the documents and statements referenced in Paragraph 372 for their contents and Defendants deny any allegations in Paragraph 372 that are inconsistent therewith.

373.    Defendants deny the allegations in Paragraph 373, except Defendants refer to the documents and statements referenced in Paragraph 373 for their contents and Defendants deny any allegations in Paragraph 373 that are inconsistent therewith.

374.    Defendants deny the allegations in Paragraph 374, except Defendants refer to the documents and statements referenced in Paragraph 374 for their contents and Defendants deny any allegations in Paragraph 374 that are inconsistent therewith.

375.    Defendants deny the allegations in Paragraph 375, except Defendants refer to the documents and statements referenced in Paragraph 375 for their contents and Defendants deny any allegations in Paragraph 375 that are inconsistent therewith.

376.    Defendants deny the allegations in Paragraph 376, except Defendants refer to the documents and statements referenced in Paragraph 376 for their contents and Defendants deny any allegations in Paragraph 376 that are inconsistent therewith.

377.    Defendants deny the allegations in Paragraph 377, except Defendants refer to the documents and statements referenced in Paragraph 377 for their contents and Defendants deny any allegations in Paragraph 377 that are inconsistent therewith.

378.    Defendants deny the allegations in Paragraph 378, except Defendants refer to the documents and statements referenced in Paragraph 378 for their contents and Defendants deny any allegations in Paragraph 378 that are inconsistent therewith.

379.   Defendants deny the allegations in Paragraph 379, except Defendants refer to the documents and statements referenced in Paragraph 379 for their contents and Defendants deny any allegations in Paragraph 379 that are inconsistent therewith.

380.   Defendants deny the allegations in Paragraph 380, except Defendants refer to the documents and statements referenced in Paragraph 380 for their contents and Defendants deny any allegations in Paragraph 380 that are inconsistent therewith.

381.   Defendants deny the allegations in Paragraph 381, except Defendants refer to the documents and statements referenced in Paragraph 381 for their contents and Defendants deny any allegations in Paragraph 381 that are inconsistent therewith.

382.   Defendants deny the allegations in Paragraph 382, except Defendants refer to the documents and statements referenced in Paragraph 382 for their contents and Defendants deny any allegations in Paragraph 382 that are inconsistent therewith.

383.   Defendants deny the allegations in Paragraph 383, except Defendants refer to the documents and statements referenced in Paragraph 383 for their contents and Defendants deny any allegations in Paragraph 383 that are inconsistent therewith.

384.   Defendants deny the allegations in Paragraph 384, except Defendants refer to the documents and statements referenced in Paragraph 384 for their contents and Defendants deny any allegations in Paragraph 384 that are inconsistent therewith.

385.   Defendants deny the allegations in Paragraph 385, except Defendants refer to the documents and statements referenced in Paragraph 385 for their contents and Defendants deny any allegations in Paragraph 385 that are inconsistent therewith.

386. Defendants deny the allegations in Paragraph 386, except Defendants refer to the documents and statements referenced in Paragraph 386 for their contents and Defendants deny any allegations in Paragraph 386 that are inconsistent therewith.

387. Defendants deny the allegations in Paragraph 387, except Defendants refer to the documents and statements referenced in Paragraph 387 for their contents and Defendants deny any allegations in Paragraph 387 that are inconsistent therewith.

388. Defendants deny the allegations in Paragraph 388, except Defendants refer to the documents and statements referenced in Paragraph 388 for their contents and Defendants deny any allegations in Paragraph 388 that are inconsistent therewith.

389. Defendants deny the allegations in Paragraph 389, except Defendants refer to the documents and statements referenced in Paragraph 389 for their contents and Defendants deny any allegations in Paragraph 389 that are inconsistent therewith.

390. Defendants deny the allegations in Paragraph 390, except Defendants refer to the documents and statements referenced in Paragraph 390 for their contents and Defendants deny any allegations in Paragraph 390 that are inconsistent therewith.

391. Defendants deny the allegations in Paragraph 391, except Defendants refer to the documents and statements referenced in Paragraph 391 for their contents and Defendants deny any allegations in Paragraph 391 that are inconsistent therewith.

392. Defendants deny the allegations in Paragraph 392, except Defendants refer to the documents and statements referenced in Paragraph 392 for their contents and Defendants deny any allegations in Paragraph 392 that are inconsistent therewith.

393. Defendants admit that on July 27, 2022, Humana held an earnings call and that Broussard and Diamond participated in the call.

394.    Defendants refer to the documents and statements referenced in Paragraph 394 for their contents and Defendants deny any allegations in Paragraph 394 that are inconsistent therewith.

395.    Defendants refer to the documents and statements referenced in Paragraph 395 for their contents and Defendants deny any allegations in Paragraph 395 that are inconsistent therewith.

396.    Defendants refer to the documents and statements referenced in Paragraph 396 for their contents and Defendants deny any allegations in Paragraph 396 that are inconsistent therewith.

397.    Defendants refer to the documents and statements referenced in Paragraph 397 for their contents and Defendants deny any allegations in Paragraph 397 that are inconsistent therewith..

398.    Defendants refer to the documents and statements referenced in Paragraph 398 for their contents and Defendants deny any allegations in Paragraph 398 that are inconsistent therewith.

399.    Defendants refer to the documents and statements referenced in Paragraph 399 for their contents and Defendants deny any allegations in Paragraph 399 that are inconsistent therewith.

400.    Defendants deny the allegations in Paragraph 400.

401.    Defendants deny the allegations in Paragraph 401.

402.    Defendants deny the allegations in Paragraph 402.

403.    Defendants admit that on September 15, 2022, Humana held a virtual investor day conference that various analysts attended and that Broussard and Diamond participated in the call.

48

404.   Defendants refer to the documents and statements referenced in Paragraph 404 for their contents and Defendants deny any allegations in Paragraph 404 that are inconsistent therewith.

405.   Defendants refer to the documents and statements referenced in Paragraph 405 for their contents and Defendants deny any allegations in Paragraph 405 that are inconsistent therewith.

406.   Defendants deny the allegations in Paragraph 406.

407.   Defendants deny the allegations in Paragraph 407.

408.   Defendants deny the allegations in Paragraph 408.

409.   Defendants admit that on January 9, 2023, Diamond participated in the JPMorgan Healthcare Conference on behalf of Humana.

410.   Defendants refer to the documents and statements referenced in Paragraph 410 for their contents and Defendants deny any allegations in Paragraph 410 that are inconsistent therewith.

411.   Defendants refer to the documents and statements referenced in Paragraph 411 for their contents and Defendants deny any allegations in Paragraph 411 that are inconsistent therewith.

412.   Defendants refer to the documents and statements referenced in Paragraph 412 for their contents and Defendants deny any allegations in Paragraph 412 that are inconsistent therewith.

413.   Defendants refer to the documents and statements referenced in Paragraph 413 for their contents and Defendants deny any allegations in Paragraph 413 that are inconsistent therewith.

414.    Defendants deny the allegations in Paragraph 414.

415.    Defendants deny the allegations in Paragraph 415.

416.    Defendants deny the allegations in Paragraph 416.

417.    Defendants refer to the documents and statements referenced in Paragraph 417 for their contents and Defendants deny any allegations in Paragraph 417 that are inconsistent therewith.

418.    Defendants refer to the documents and statements referenced in Paragraph 418 for their contents and Defendants deny any allegations in Paragraph 418 that are inconsistent therewith.

419.    Defendants deny the allegations in Paragraph 419.

420.    Defendants admit that on February 1, 2023, Humana held an earnings call and that Broussard and Diamond participated in the call.

421.    Defendants refer to the documents and statements referenced in Paragraph 421 for their contents and Defendants deny any allegations in Paragraph 421 that are inconsistent therewith.

422.    Defendants refer to the documents and statements referenced in Paragraph 422 for their contents and Defendants deny any allegations in Paragraph 422 that are inconsistent therewith.

423.    Defendants deny the allegations in Paragraph 423.

424.    Defendants deny the allegations in Paragraph 424.

425.    Defendants deny the allegations in Paragraph 425.

426.    Defendants admit that on March 7, 2023, Broussard participated in the Cowen Health Care Conference on behalf of Humana.

50

427.   Defendants refer to the documents and statements referenced in Paragraph 427 for their contents and Defendants deny any allegations in Paragraph 427 that are inconsistent therewith.

428.   Defendants refer to the documents and statements referenced in Paragraph 428 for their contents and Defendants deny any allegations in Paragraph 428 that are inconsistent therewith.

429.   Defendants deny the allegations in Paragraph 429, except Defendants refer to the documents and statements referenced in Paragraph 429 for their contents and Defendants deny any allegations in Paragraph 429 that are inconsistent therewith.

430.   Defendants deny the allegations in Paragraph 430.

431.   Defendants refer to the documents and statements referenced in Paragraph 431 for their contents and Defendants deny any allegations in Paragraph 431 that are inconsistent therewith.

432.   Defendants deny the allegations in Paragraph 432.

433.   Defendants admit that on April 20, 2023, Humana held its annual shareholders meeting and that Broussard participated in the meeting.

434.   Defendants refer to the documents and statements referenced in Paragraph 434 for their contents and Defendants deny any allegations in Paragraph 434 that are inconsistent therewith.

435.   Defendants deny the allegations in Paragraph 435.

436.   Defendants admit that on April 26, 2023, Humana issued a press release. Defendants further admit that on the same day, Humana held an earnings call and that Broussard and Diamond participated in the call. Defendants deny the remaining allegations in Paragraph

436, except Defendants refer to the documents and statements referenced in Paragraph 436 for their contents and Defendants deny any allegations in Paragraph 436 that are inconsistent therewith.

437. Defendants refer to the documents and statements referenced in Paragraph 437 for their contents and Defendants deny any allegations in Paragraph 437 that are inconsistent therewith.

438. Defendants refer to the documents and statements referenced in Paragraph 438 for their contents and Defendants deny any allegations in Paragraph 438 that are inconsistent therewith.

439. Defendants refer to the documents and statements referenced in Paragraph 439 for their contents and Defendants deny any allegations in Paragraph 439 that are inconsistent therewith.

440. Defendants refer to the documents and statements referenced in Paragraph 440 for their contents and Defendants deny any allegations in Paragraph 440 that are inconsistent therewith.

441. Defendants refer to the documents and statements referenced in Paragraph 441 for their contents and Defendants deny any allegations in Paragraph 441 that are inconsistent therewith.

442. Defendants deny the allegations in Paragraph 442.

443. Defendants deny the allegations in Paragraph 443.

444. Defendants deny the allegations in Paragraph 444.

445.    Defendants refer to the documents and statements referenced in Paragraph 445 for their contents and Defendants deny any allegations in Paragraph 445 that are inconsistent therewith.

446.    Defendants refer to the documents and statements referenced in Paragraph 446 for their contents and Defendants deny any allegations in Paragraph 446 that are inconsistent therewith.

447.    Defendants deny the allegations in Paragraph 447.

448.    Defendants admit that on May 9, 2023, Broussard and Diamond participated in the Bank of America Health Care Conference on behalf of Humana.

449.    Defendants refer to the documents and statements referenced in Paragraph 449 for their contents and Defendants deny any allegations in Paragraph 449 that are inconsistent therewith.

450.    Defendants refer to the documents and statements referenced in Paragraph 450 for their contents and Defendants deny any allegations in Paragraph 450 that are inconsistent therewith.

451.    Defendants deny the allegations in Paragraph 451.

452.    Defendants deny the allegations in Paragraph 452.

453.    Defendants deny the allegations in Paragraph 453.

454.    Defendants refer to the documents and statements referenced in Paragraph 454 for their contents and Defendants deny any allegations in Paragraph 454 that are inconsistent therewith.

455.    Defendants deny the allegations in Paragraph 455.

456.    Defendants admit that on June 16, 2023, Humana issued a press release. Defendants refer to the documents and statements referenced in Paragraph 456 for their contents and Defendants deny any allegations in Paragraph 456 that are inconsistent therewith.

457.    Defendants deny the allegations in Paragraph 457.

458.    Defendants admit that on August 2, 2023, Humana issued a press release. Defendants further admit that on the same day, Humana held an earnings call and that Broussard and Diamond participated in the call.  Defendants deny the remaining allegations in Paragraph 458, except Defendants refer to the documents and statements referenced in Paragraph 458 for their contents and Defendants deny any allegations in Paragraph 458 that are inconsistent therewith.

459.    Defendants refer to the documents and statements referenced in Paragraph 459 for their contents and Defendants deny any allegations in Paragraph 459 that are inconsistent therewith.

460.    Defendants refer to the documents and statements referenced in Paragraph 460 for their contents and Defendants deny any allegations in Paragraph 460 that are inconsistent therewith.

461.    Defendants refer to the documents and statements referenced in Paragraph 461 for their contents and Defendants deny any allegations in Paragraph 461 that are inconsistent therewith.

462.    Defendants deny the allegations in Paragraph 462.

463.    Defendants deny the allegations in Paragraph 463.

464.    Defendants refer to the documents and statements referenced in Paragraph 464 for their contents and Defendants deny any allegations in Paragraph 464 that are inconsistent therewith.

465.    Defendants refer to the documents and statements referenced in Paragraph 465 for their contents and Defendants deny any allegations in Paragraph 465 that are inconsistent therewith.

466.    Defendants deny the allegations in Paragraph 466.

467.    Defendants refer to the documents and statements referenced in Paragraph 467 for their contents and Defendants deny any allegations in Paragraph 467 that are inconsistent therewith.

468.    Defendants refer to the documents and statements referenced in Paragraph 468 for their contents and Defendants deny any allegations in Paragraph 468 that are inconsistent therewith.

469.    Defendants deny the allegations in Paragraph 469.

470.    Defendants admit that on September 6, 2023, Broussard participated in the Wells Fargo Healthcare Conference on behalf of Humana.

471.    Defendants deny the allegations in Paragraph 471, except Defendants refer to the documents and statements referenced in Paragraph 471 for their contents and Defendants deny any allegations in Paragraph 471 that are inconsistent therewith.

472.    Defendants refer to the documents and statements referenced in Paragraph 472 for their contents and Defendants deny any allegations in Paragraph 472 that are inconsistent therewith.

473.    Defendants deny the allegations in Paragraph 473.

474.    Defendants refer to the documents and statements referenced in Paragraph 474 for their contents and Defendants deny any allegations in Paragraph 474 that are inconsistent therewith.

475.    Defendants refer to the documents and statements referenced in Paragraph 475 for their contents and Defendants deny any allegations in Paragraph 475 that are inconsistent therewith.

476.    Defendants deny the allegations in Paragraph 476.

477.    Defendants admit that on November 1, 2023, Humana issued a press release. Defendants further admit that on the same day, Humana held an earnings call and that Broussard and Diamond participated in the call. Defendants deny the remaining allegations in Paragraph 477, except Defendants refer to the documents and statements referenced in Paragraph 477 for their contents and Defendants deny any allegations in Paragraph 477 that are inconsistent therewith.

478.    Defendants refer to the documents and statements referenced in Paragraph 478 for their contents and Defendants deny any allegations in Paragraph 478 that are inconsistent therewith.

479.    Defendants deny the allegations in Paragraph 479, except Defendants refer to the documents and statements referenced in Paragraph 479 for their contents and Defendants deny any allegations in Paragraph 479 that are inconsistent therewith.

480.    Defendants refer to the documents and statements referenced in Paragraph 480 for their contents and Defendants deny any allegations in Paragraph 480 that are inconsistent therewith.

481.    Defendants refer to the documents and statements referenced in Paragraph 481 for their contents and Defendants deny any allegations in Paragraph 481 that are inconsistent therewith.

482.    Defendants refer to the documents and statements referenced in Paragraph 482 for their contents and Defendants deny any allegations in Paragraph 482 that are inconsistent therewith.

483.    Defendants deny the allegations in Paragraph 483, except Defendants refer to the documents and statements referenced in Paragraph 483 for their contents and Defendants deny any allegations in Paragraph 483 that are inconsistent therewith.

484.    Defendants deny the allegations in Paragraph 484.

485.    Defendants deny the allegations in Paragraph 485.

486.    Defendants deny the allegations in Paragraph 486, except Defendants refer to the documents and statements referenced in Paragraph 486 for their contents and Defendants deny any allegations in Paragraph 486 that are inconsistent therewith.

487.    Defendants refer to the documents and statements referenced in Paragraph 487 for their contents and Defendants deny any allegations in Paragraph 487 that are inconsistent therewith.

488.    Defendants refer to the documents and statements referenced in Paragraph 488 for their contents and Defendants deny any allegations in Paragraph 488 that are inconsistent therewith.

489.    Defendants deny the allegations in Paragraph 489.

490.    Defendants refer to the documents and statements referenced in Paragraph 490 for their contents and Defendants deny any allegations in Paragraph 490 that are inconsistent therewith.

491.    Defendants refer to the documents and statements referenced in Paragraph 491 for their contents and Defendants deny any allegations in Paragraph 491 that are inconsistent therewith.

492.    Defendants refer to the documents and statements referenced in Paragraph 492 for their contents and Defendants deny any allegations in Paragraph 492 that are inconsistent therewith.

493.    Defendants deny the allegations in Paragraph 493.

494.    Defendants admit that on January 25, 2024, Humana issued a press release, filed prepared remarks for Humana's earnings call attributed to Broussard and Diamond, held an earnings call, and that Broussard and Diamond participated in the call. Defendants deny the remaining allegations in Paragraph 494, except Defendants refer to the documents and statements referenced in Paragraph 494 for their contents and Defendants deny any allegations in Paragraph 494 that are inconsistent therewith.

495.    Defendants refer to the documents and statements referenced in Paragraph 495 for their contents and Defendants deny any allegations in Paragraph 495 that are inconsistent therewith.

496.    Defendants deny the allegations in Paragraph 496.

497.    Defendants refer to the documents and statements referenced in Paragraph 497 for their contents and Defendants deny any allegations in Paragraph 497 that are inconsistent therewith.

498.    Defendants refer to the documents and statements referenced in Paragraph 498 for their contents and Defendants deny any allegations in Paragraph 498 that are inconsistent therewith.

499.    Defendants deny the allegations in Paragraph 499.

500.    Defendants deny the allegations in Paragraph 500.

501.    Defendants deny the allegations in Paragraph 501.

502.    Defendants refer to the documents and statements referenced in Paragraph 502 for their contents and Defendants deny any allegations in Paragraph 502 that are inconsistent therewith.

503.    Defendants refer to the documents and statements referenced in Paragraph 503 for their contents and Defendants deny any allegations in Paragraph 503 that are inconsistent therewith.

504.    Defendants deny the allegations in Paragraph 504.

505.    Defendants admit that on September 4, 2024, Diamond participated in the Wells Fargo Healthcare Conference on behalf of Humana.

506.    Defendants deny the allegations in Paragraph 506, except Defendants refer to the documents and statements referenced in Paragraph 506 for their contents and Defendants deny any allegations in Paragraph 506 that are inconsistent therewith.

507.    Defendants refer to the documents and statements referenced in Paragraph 507 for their contents and Defendants deny any allegations in Paragraph 507 that are inconsistent therewith.

508.    Defendants deny the allegations in Paragraph 508.

509.    Defendants deny the allegations in Paragraph 509.

510.   Defendants deny the allegations in Paragraph 510.

511.   Defendants deny the allegations in Paragraph 511.

512.   Defendants deny the allegations in Paragraph 512.

513.   Defendants deny the allegations in Paragraph 513.

514.   Defendants deny the allegations in Paragraph 514.

515.   Defendants deny the allegations in Paragraph 515.

516.   Defendants deny the allegations in Paragraph 516.

517.   Defendants deny the allegations in Paragraph 517.

518.   Defendants deny the allegations in Paragraph 518.

519.   Defendants deny the allegations in Paragraph 519.

520.   Defendants deny the allegations in Paragraph 520.

521.   Defendants deny the allegations in Paragraph 521.

522.   Defendants deny the allegations in Paragraph 522.

523.   Defendants deny the allegations in Paragraph 523.

524.   Defendants deny the allegations in Paragraph 524.

525.   Defendants deny the allegations in Paragraph 525.

526.   Defendants deny the allegations in Paragraph 526.

527.   Defendants deny the allegations in Paragraph 527.

528.   Defendants deny the allegations in Paragraph 528.

529.   Defendants deny the allegations in Paragraph 529.

530.   Defendants deny the allegations in Paragraph 530.

531.   Defendants deny the allegations in Paragraph 531.

532.   Defendants deny the allegations in Paragraph 532.

533.    Defendants deny the allegations in Paragraph 533.

534.    Defendants deny the allegations in Paragraph 534.

535.    Defendants deny the allegations in Paragraph 535.

536.    Defendants deny the allegations in Paragraph 536.

537.    Defendants deny the allegations in Paragraph 537.

538.    Defendants deny the allegations in Paragraph 538.

539.    Defendants deny the allegations in Paragraph 539.

540.    Defendants deny the allegations in Paragraph 540.

541.    Defendants deny the allegations in Paragraph 541.

542.    Defendants deny the allegations in Paragraph 542.

543.    Defendants deny the allegations in Paragraph 543.

544.    Defendants deny the allegations in Paragraph 544.

545.    Defendants deny the allegations in Paragraph 545.

546.    Defendants deny the allegations in Paragraph 546.

547.    Defendants deny the allegations in Paragraph 547.

548.    Defendants deny the allegations in Paragraph 548.

549.    Defendants deny the allegations in Paragraph 549.

550.    Defendants deny the allegations in Paragraph 550.

551.    Defendants deny the allegations in Paragraph 551.

552.    Defendants deny the allegations in Paragraph 552.

553.    Defendants deny the allegations in Paragraph 553, except Defendants refer to the documents and statements referenced in Paragraph 553 for their contents and Defendants deny any allegations in Paragraph 553 that are inconsistent therewith.

554.    Defendants deny the allegations in Paragraph 554, except Defendants refer to the documents and statements referenced in Paragraph 554 for their contents and Defendants deny any allegations in Paragraph 554 that are inconsistent therewith.

555.    Defendants deny the allegations in Paragraph 555, except Defendants refer to the documents and statements referenced in Paragraph 555 for their contents and Defendants deny any allegations in Paragraph 555 that are inconsistent therewith.

556.    Defendants deny the allegations in Paragraph 556.

557.    Defendants deny the allegations in Paragraph 557.

558.    Defendants deny the allegations in Paragraph 558.

559.    Defendants deny the allegations in Paragraph 559, except Defendants refer to the documents and statements referenced in Paragraph 559 for their contents and Defendants deny any allegations in Paragraph 559 that are inconsistent therewith.

560.    Defendants deny the allegations in Paragraph 560, except Defendants refer to the documents and statements referenced in Paragraph 560 for their contents and Defendants deny any allegations in Paragraph 560 that are inconsistent therewith.

561.    Defendants deny the allegations in Paragraph 561, except Defendants refer to the documents and statements referenced in Paragraph 561 for their contents and Defendants deny any allegations in Paragraph 561 that are inconsistent therewith.

562.    Defendants deny the allegations in Paragraph 562, except Defendants refer to the documents and statements referenced in Paragraph 562 for their contents and Defendants deny any allegations in Paragraph 562 that are inconsistent therewith.

563.    Defendants refer to the documents and statements referenced in Paragraph 563 for their contents and Defendants deny any allegations in Paragraph 563 that are inconsistent therewith.

564.    Defendants deny the allegations in Paragraph 564, except Defendants refer to the documents and statements referenced in Paragraph 564 for their contents and Defendants deny any allegations in Paragraph 564 that are inconsistent therewith.

565.    Defendants deny the allegations in Paragraph 565, except Defendants refer to the documents and statements referenced in Paragraph 565 for their contents and Defendants deny any allegations in Paragraph 565 that are inconsistent therewith.

566.    Defendants deny the allegations in Paragraph 566, except Defendants refer to Humana's stock price as well as the documents and statements referenced in Paragraph 566 for their contents and Defendants deny any allegations in Paragraph 566 that are inconsistent therewith.

567.    Defendants deny the allegations in Paragraph 567, except Defendants refer to the documents and statements referenced in Paragraph 567 for their contents and Defendants deny any allegations in Paragraph 567 that are inconsistent therewith.

568.    Defendants deny the allegations in Paragraph 568, except Defendants refer to the documents and statements referenced in Paragraph 568 for their contents and Defendants deny any allegations in Paragraph 568 that are inconsistent therewith.

569.    Defendants refer to the documents and statements referenced in Paragraph 569 for their contents and Defendants deny any allegations in Paragraph 569 that are inconsistent therewith.

570.    Defendants deny the allegations in Paragraph 570, except Defendants refer to the documents and statements referenced in Paragraph 570 for their contents and Defendants deny any allegations in Paragraph 570 that are inconsistent therewith.

571.    Defendants deny the allegations in Paragraph 571, except Defendants refer to the documents and statements referenced in Paragraph 571 for their contents and Defendants deny any allegations in Paragraph 571 that are inconsistent therewith.

572.    Defendants deny the allegations in Paragraph 572, except Defendants refer to the documents and statements referenced in Paragraph 572 for their contents and Defendants deny any allegations in Paragraph 572 that are inconsistent therewith.

573.    Defendants deny the allegations in Paragraph 573.

574.    Defendants deny the allegations in Paragraph 574, except Defendants refer to the documents and statements referenced in Paragraph 574 for their contents and Defendants deny any allegations in Paragraph 574 that are inconsistent therewith.

575.    Defendants deny the allegations in Paragraph 575, except Defendants refer to the documents and statements referenced in Paragraph 575 for their contents and Defendants deny any allegations in Paragraph 575 that are inconsistent therewith.

576.    Defendants deny the allegations in Paragraph 576, except Defendants refer to the documents and statements referenced in Paragraph 576 for their contents and Defendants deny any allegations in Paragraph 576 that are inconsistent therewith.

577.    Defendants deny the allegations in Paragraph 577, except Defendants refer to the documents and statements referenced in Paragraph 577 for their contents and Defendants deny any allegations in Paragraph 577 that are inconsistent therewith.

578.    Defendants deny the allegations in Paragraph 578, except Defendants refer to the documents and statements referenced in Paragraph 578 for their contents and Defendants deny any remaining allegations in Paragraph 578 that are inconsistent therewith.

579.    Defendants deny the allegations in Paragraph 579, except Defendants refer to the documents and statements referenced in Paragraph 579 for their contents and Defendants deny any allegations in Paragraph 579 that are inconsistent therewith.

580.    Defendants deny the allegations in Paragraph 580.

581.    Defendants deny the allegations in Paragraph 581, except Defendants refer to the documents and statements referenced in Paragraph 581 for their contents and Defendants deny any allegations in Paragraph 581 that are inconsistent therewith.

582.    Defendants deny the allegations in Paragraph 582, except Defendants refer to the documents and statements referenced in Paragraph 582 for their contents and Defendants deny any allegations in Paragraph 582 that are inconsistent therewith.

583.    Defendants refer to the documents and statements referenced in Paragraph 583 for their contents and Defendants deny any allegations in Paragraph 583 that are inconsistent therewith.

584.    Defendants deny the allegations in Paragraph 584, except Defendants refer to the documents and statements referenced in Paragraph 584 for their contents and Defendants deny any allegations in Paragraph 584 that are inconsistent therewith.

585.    Defendants deny the allegations in Paragraph 585, except Defendants refer to the documents and statements referenced in the allegations of Paragraph 585 for their contents and Defendants deny any allegations in Paragraph 585 that are inconsistent therewith.

586.    Defendants deny the allegations in Paragraph 586, except Defendants refer to the documents and statements referenced in Paragraph 586 for their contents and Defendants deny any allegations in Paragraph 586 that are inconsistent therewith.

587.    Defendants deny the allegations in Paragraph 587.

588.    Defendants deny the allegations in Paragraph 588, except Defendants refer to the documents and statements referenced in Paragraph 588 for their contents and Defendants deny any allegations in Paragraph 588 that are inconsistent therewith.

589.    Defendants deny the allegations in Paragraph 589, except Defendants refer to the documents and statements referenced in Paragraph 589 for their contents and Defendants deny any allegations in Paragraph 589 that are inconsistent therewith.

590.    Defendants deny the allegations in Paragraph 590, except Defendants refer to the documents and statements referenced in Paragraph 590 for their contents and Defendants deny any allegations in Paragraph 590 that are inconsistent therewith.

591.    Defendants deny the allegations in Paragraph 591, except Defendants refer to the documents and statements referenced in Paragraph 591 for their contents and Defendants deny any allegations in Paragraph 591 that are inconsistent therewith.

592.    Defendants deny the allegations in Paragraph 592, except Defendants refer to the documents and statements referenced in Paragraph 592 for their contents and Defendants deny any allegations in Paragraph 592 that are inconsistent therewith.

593.    Defendants deny the allegations in Paragraph 593, except Defendants refer to the documents and statements referenced in Paragraph 593 for their contents and Defendants deny any allegations in Paragraph 593 that are inconsistent therewith.

594.    Defendants deny the allegations in Paragraph 594, except Defendants refer to the documents and statements referenced in Paragraph 594 for their contents and Defendants deny any allegations in Paragraph 594 that are inconsistent therewith.

595.    Defendants deny the allegations in Paragraph 595, except Defendants refer to the documents and statements referenced in Paragraph 595 for their contents and Defendants deny any allegations in Paragraph 595 that are inconsistent therewith.

596.    Defendants deny the allegations in Paragraph 596, except Defendants refer to the documents and statements referenced in Paragraph 596 for their contents and Defendants deny any allegations in Paragraph 596 that are inconsistent therewith.

597.    Defendants deny the allegations in Paragraph 597, except Defendants refer to the documents and statements referenced in Paragraph 597 for their contents and Defendants deny any allegations in Paragraph 597 that are inconsistent therewith.

598.    Defendants deny the allegations in Paragraph 598, except Defendants refer to the documents and statements referenced in Paragraph 598 for their contents and Defendants deny any allegations in Paragraph 598 that are inconsistent therewith.

599.    Defendants deny the allegations in Paragraph 599.

600.    Defendants deny the allegations in Paragraph 600.

601.    Defendants deny the allegations in Paragraph 601.

602.    Defendants state that the allegations in Paragraph 602 purport to state legal conclusions or legal arguments as to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 602.

603.    Defendants state that the allegations in Paragraph 603 purport to state legal conclusions or legal arguments as to which no response is required. To the extent a response is

required, Defendants deny the allegations in Paragraph 603, except Defendants admit that throughout the alleged class period, Humana's common stock was publicly traded on the NYSE under the symbol "HUM".

604.    Defendants state that the allegations in Paragraph 604 purport to state legal conclusions or legal arguments as to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 604.

605.    Defendants state that the allegations in Paragraph 605 purport to state legal conclusions or legal arguments as to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 605.

606.    Defendants state that the allegations in Paragraph 606 purport to state legal conclusions or legal arguments as to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 606.

607.    Defendants state that the allegations in Paragraph 607 purport to state legal conclusions or legal arguments as to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 607.

608.    Defendants state that the allegations in Paragraph 608 purport to state legal conclusions or legal arguments as to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 608.

609.    Defendants state that the allegations in Paragraph 609 purport to state legal conclusions or legal arguments as to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 609.

610.     Defendants state that the allegations in Paragraph 610 purport to state legal conclusions or legal arguments as to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 610.

611.     Defendants state that the allegations in Paragraph 611 purport to state legal conclusions or legal arguments as to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 611.

612.     Defendants state that the allegations in Paragraph 612 purport to state legal conclusions or legal arguments as to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 612.

613.     Defendants state that the allegations in Paragraph 613 purport to state legal conclusions or legal arguments as to which no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 613.

## COUNT I

614.     In response to Paragraph 614, Defendants repeat, re-allege, and incorporate their responses to each and every allegation contained above as if fully set forth herein.

615.     Defendants deny the allegations in Paragraph 615, except Defendants admit that Plaintiff purports to bring this count under Section 10(b) of the Securities Exchange Act of 1934 on behalf of itself and all other members of the purported class, but Defendants deny that Plaintiff has met the requirements necessary to do so.

616.     Defendants deny the allegations in Paragraph 616.

617.     Defendants deny the allegations in Paragraph 617.

618.     Defendants deny the allegations in Paragraph 618.

619.     Defendants deny the allegations in Paragraph 619.

620.     Defendants deny the allegations in Paragraph 620.

69

621.    Defendants deny the allegations in Paragraph 621.

622.    Defendants deny the allegations in Paragraph 622.

623.    Defendants state that the allegations in Paragraph 623 purport to state legal conclusions or legal arguments as to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 623.

## COUNT II

624.    In response to Paragraph 624, Defendants repeat, re-allege, and incorporate their responses to each and every allegation contained above as if fully set forth herein.

625.    Defendants deny the allegations in Paragraph 625, except Defendants admit that Plaintiff purports to bring this count under Section 20(a) of the Securities Exchange Act of 1934 on behalf of itself and all other members of the purported class, but Defendants deny that Plaintiff has met the requirements necessary to do so.

626.    Defendants state that the allegations in Paragraph 626 purport to state legal conclusions or legal arguments as to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 626.

627.    Defendants state that the allegations in Paragraph 627 purport to state legal conclusions or legal arguments as to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 627.

628.    Defendants deny the allegations in Paragraph 628.

629.    Defendants state that the allegations in Paragraph 629 purport to state legal conclusions or legal arguments as to which no response is required. To the extent a response is required, Defendants deny the allegations in Paragraph 629.

## PRAYER FOR RELIEF

Paragraphs A-E under the heading "Prayer for Relief" purport to state legal conclusions or legal arguments as to which no response is required.  To the extent a response is required Defendants deny that Plaintiff is entitled to the relief set forth therein.

## JURY TRIAL DEMAND

Defendants request a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

Defendants assert the following affirmative defenses, without assuming any burden of proof or persuasion that would otherwise remain with Plaintiff.

## FIRST DEFENSE

Plaintiff's purported claims are barred in whole or in part because Plaintiff does not have Article III standing, and accordingly, this Court lacks subject matter jurisdiction over the action.

## SECOND DEFENSE

Plaintiff's purported claims are barred in whole or in part because the CAC fails to state a claim upon which relief can be granted.

## THIRD DEFENSE

Plaintiff's purported claims and those of the putative class are barred in whole or in part because Defendants acted in good faith and did not directly or indirectly control or induce any acts constituting a violation of the securities laws.

## FOURTH DEFENSE

Plaintiff's purported claims are barred in whole or in part because Defendants did not make any false or misleading statements of material fact and did not omit any material facts that were necessary in order to make the alleged statements not false or misleading.

71

**FIFTH DEFENSE**

Plaintiff's purported claims are barred in whole or in part because any alleged misrepresentations were not material as a matter of law.

**SIXTH DEFENSE**

Plaintiff's purported claims are barred in whole or in part because Plaintiff and the purported class members did not actually, justifiably, reasonably, or otherwise rely on the alleged misstatements or on an any disclosures allegedly rendered materially false or misleading as a result of any alleged omission.

**SEVENTH DEFENSE**

Plaintiff's purported claims are barred in whole or in part because Defendants did not act with the requisite scienter.

**EIGHTH DEFENSE**

Plaintiff's purported claims are barred in whole or in part because any loss allegedly incurred by Plaintiff and the purported class members was not directly or proximately caused by the alleged misstatements and/or omissions alleged in the CAC or any other alleged violations of law.

**NINTH DEFENSE**

Plaintiff's purported claims are barred in whole or in part because the alleged damages, if any, are speculative and because the determination and allocation of any alleged damages is impossible.

**TENTH DEFENSE**

Plaintiff's purported claims are barred in whole or in part to the extent the documents or statements at issue are subject to the PSLRA Safe Harbor or bespeaks caution doctrines.

72

**ELEVENTH DEFENSE**

Plaintiff's claims are barred in whole or in part because this action cannot be maintained as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

**TWELFTH DEFENSE**

Plaintiff's purported claims and those of the putative class are barred in whole or in part by the doctrine of assumption of the risk.

**THIRTEENTH DEFENSE**

Plaintiff's purported claims and those of the putative class are barred in whole or in part by the doctrines of estoppel, laches, waiver, ratification, and/or acquiescence.

Additional facts that are currently unknown to Defendants may be revealed through the course of discovery and further investigation that will support additional defenses. Defendants reserve the right to assert such defenses in the future.

**WHEREFORE**, having fully answered the allegations in the CAC, Defendants respectfully request that this Court grant the following relief:

1. Deny all claims asserted by Plaintiff against Defendants in the CAC; and

2. Grant Defendants such other and further relief the Court may deem just and proper.

Respectfully submitted this 10th day of June, 2026.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Kevin M. Coen*

Kevin M. Coen (DE Bar ID #4775)
Elaine M. McCabe (DE Bar ID #7626)
1201 North Market Street
Wilmington, DE 19801
Telephone: (302) 658-9200
kcoen@morrisnichols.com
emccabe@morrisnichols.com

OF COUNSEL:

**ALSTON & BIRD**
Robert R. Long (Admitted *Pro Hac Vice*)
Elizabeth Gingold Clark (Admitted *Pro Hac Vice*)
Timothy J. Fitzmaurice (Admitted *Pro Hac Vice*)
1201 W Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
robert.long@alston.com
elizabeth.clark@alston.com
tim.fitzmaurice@alston.com

*Attorneys for Defendants*

74